B1 (Official Form 1)(12/11)

| United States Bankruptcy Court<br>Eastern District of Virginia | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Paxfire, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**31-1818549** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**43490 Yukon Drive**<br>**Suite 102**<br>**Ashburn, VA**            ZIP Code **20147** | Street Address of Joint Debtor (No. and Street, City, and State):            ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Loudoun** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):            ZIP Code | Mailing Address of Joint Debtor (if different from street address):            ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

<table>
<tr>
<th>Type of Debtor<br>(Form of Organization) (Check one box)</th>
<th>Nature of Business<br>(Check one box)</th>
<th colspan="2">Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box)</th>
</tr>
<tr>
<td>
☐ Individual (includes Joint Debtors)<br><i>See Exhibit D on page 2 of this form.</i><br>
■ Corporation (includes LLC and LLP)<br>
☐ Partnership<br>
☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)
</td>
<td>
☐ Health Care Business<br>
☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)<br>
☐ Railroad<br>
☐ Stockbroker<br>
☐ Commodity Broker<br>
☐ Clearing Bank<br>
■ Other
</td>
<td colspan="2">
☐ Chapter 7<br>
☐ Chapter 9<br>
■ Chapter 11<br>
☐ Chapter 12<br>
☐ Chapter 13<br>
   ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>
   ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding
</td>
</tr>
<tr>
<th>Chapter 15 Debtors</th>
<th>Tax-Exempt Entity<br>(Check box, if applicable)</th>
<th colspan="2">Nature of Debts<br>(Check one box)</th>
</tr>
<tr>
<td>
Country of debtor's center of main interests:<br><br>
Each country in which a foreign proceeding by, regarding, or against debtor is pending:
</td>
<td>
☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).
</td>
<td colspan="2">
☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."   ■ Debts are primarily business debts.
</td>
</tr>
<tr>
<th>Filing Fee (Check one box)</th>
<th colspan="3">Chapter 11 Debtors</th>
</tr>
<tr>
<td>
■ Full Filing Fee attached<br><br>
☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>
☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.
</td>
<td colspan="3">
Check one box:<br>
☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>
■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>
Check if:<br>
☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 <i>(amount subject to adjustment on 4/01/13 and every three years thereafter).</i><br>
Check all applicable boxes:<br>
☐ A plan is being filed with this petition.<br>
☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
</td>
</tr>
</table>

| Statistical/Administrative Information | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ■ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1)(12/11)                                                                                                      Page 2

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Paxfire, Inc.** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location Where Filed:  **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor: **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.) I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X _____ Signature of Attorney for Debtor(s)          (Date) |

| **Exhibit C** |
|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety? |
| ☐ Yes, and Exhibit C is attached and made a part of this petition. |
| ■ No. |

| **Exhibit D** |
|---|
| (To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.) |
| ☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition. |
| If this is a joint petition: |
| ☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition. |

| **Information Regarding the Debtor - Venue** (Check any applicable box) |
|---|
| ■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District. |
| ☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District. |
| ☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District. |

| **Certification by a Debtor Who Resides as a Tenant of Residential Property** (Check all applicable boxes) |
|---|
| ☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.) |
| _____ (Name of landlord that obtained judgment) |
| _____ (Address of landlord) |
| ☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and |
| ☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition. |
| ☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l).) |

B1 (Official Form 1)(12/11)                                                                                                    Page 3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Paxfire, Inc.** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
  Signature of Debtor

X _____
  Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X **/s/ Kevin M. O'Donnell**
  Signature of Attorney for Debtor(s)

  **Kevin M. O'Donnell VSB #30086**
  Printed Name of Attorney for Debtor(s)

  **Henry & O'Donnell, PC**
  Firm Name

  **300 N. Washington Street**
  **Suite 204**
  **Alexandria, VA 22314**
  Address

  **(703)548-2100  Fax: (703)548-2105**
  Telephone Number

  **December 14, 2012**
  Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Mark Lewyn**
  Signature of Authorized Individual

  **Mark Lewyn**
  Printed Name of Authorized Individual

  **President**
  Title of Authorized Individual

  **December 14, 2012**
  Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
  Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

## United States Bankruptcy Court
### Eastern District of Virginia

In re **Paxfire, Inc.**

Debtor(s)

Case No.

Chapter **11**

# STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, **Mark Lewyn**, declare under penalty of perjury that I am the **President** of **Paxfire, Inc.**, and that a special meeting of the Board of Directors of the company was called and was duly conducted on the 27th day of September, 2012, and that upon such special meeting the Board of Directors acknowledged and determined that it was in the best interests of the company to file a voluntary petition in the United States Bankruptcy Court for the Eastern District of Virginia, Alexandria Division, under Chapter 11 of Title 11 of the United States Code. Thereafter, the Board of Directors voted affirmatively to authorize management of the company to file a petition in bankruptcy pursuant to Title 11 of the United States Code.

Date **December 14, 2012**

Signed **/s/ Mark Lewyn**

**Mark Lewyn**

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Eastern District of Virginia

In re    **Paxfire, Inc.**

Debtor(s)

Case No.

Chapter    **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | *Amount of claim [if secured, also state value of security]* |
| **Alan Sullivan**<br>**17567 Tobermory Place**<br>**Leesburg, VA 20175** | **Alan Sullivan**<br>**17567 Tobermory Place**<br>**Leesburg, VA 20175** | **Severance Compensation** | | **87,154.00** |
| **Amy S. Kemon**<br>**19367 Wrenbury Lane**<br>**Leesburg, VA 20175** | **Amy S. Kemon**<br>**19367 Wrenbury Lane**<br>**Leesburg, VA 20175** | **Accrued wages and benefits.** | | **94,601.26** |
| **Andrew Grosso & Associates□**<br>**1101 30th Street, NW**<br>**Suite 300**<br>**Washington, DC 20007** | **Andrew Grosso & Associates□**<br>**1101 30th Street, NW**<br>**Suite 300**<br>**Washington, DC 20007** | **Trade Payable** | | **116,721.00** |
| **Bergeson, LLP□**<br>**303 Almaden Boulevard**<br>**Suite 500**<br>**San Jose, CA 95110** | **Bergeson, LLP□**<br>**303 Almaden Boulevard**<br>**Suite 500**<br>**San Jose, CA 95110** | **Trade Payable** | | **47,455.00** |
| **Charter Communications**<br>**12405 Powerscourt Drive**<br>**Saint Louis, MO 63131** | **Charter Communications**<br>**12405 Powerscourt Drive**<br>**Saint Louis, MO 63131** | **Arbitration Award** | **Disputed** | **498,340.00** |
| **Doug Armentrout**<br>**16790 Michelson Drive**<br>**Purcellville, VA 20132** | **Doug Armentrout**<br>**16790 Michelson Drive**<br>**Purcellville, VA 20132** | **Accrued wages and benefits.** | | **127,820.07** |
| **Equinix Australia Pty Ltd**<br>**Co Reg No 09208070264 Unit B**<br>**639 Gardners Road**<br>**Mascot NSW 2020, Australia** | **Equinix Australia Pty Ltd**<br>**Co Reg No 09208070264 Unit B**<br>**639 Gardners Road**<br>**Mascot NSW 2020, Australia** | **Trade Payable** | | **65,456.00** |
| **Frontier**<br>**3 High Ridge Park**<br>**Stamford, CT 06905** | **Frontier**<br>**3 High Ridge Park**<br>**Stamford, CT 06905** | **Trade Payable** | | **66,481.00** |
| **IBBS**<br>**P.O. BOX 935070**<br>**Atlanta, GA 31193-5070** | **IBBS**<br>**P.O. BOX 935070**<br>**Atlanta, GA 31193-5070** | **Trade Payable** | | **40,249.00** |
| **Mark Lewyn**<br>**6255 North Kensington Street**<br>**Mc Lean, VA 22101** | **Mark Lewyn**<br>**6255 North Kensington Street**<br>**Mc Lean, VA 22101** | **Accrued wages and benefits.** | | **144,643.62** |

B4 (Official Form 4) (12/07) - Cont.

In re **Paxfire, Inc.**                                                    Case No. _____

_____
Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Meenakshi R. Bangad**<br>**43845 Centergate Drive**<br>**Ashburn, VA 20148** | **Meenakshi R. Bangad**<br>**43845 Centergate Drive**<br>**Ashburn, VA 20148** | **Accrued wages and benefits.** | | **83,404.75** |
| **Meyer & Heeder**<br>**Taunnusstr, 5A**<br>**D-65183 Wiesbadan**<br>**Germany** | **Meyer & Heeder**<br>**Taunnusstr, 5A**<br>**D-65183 Wiesbadan**<br>**Germany** | **Disputed Claim for Breach of Contract** | **Contingent Unliquidated Disputed** | **50,000.00** |
| **Rogers**<br>**333 Bloor Street East, 10th Fl**<br>**Toronto, Canada M4W 1G9**<br>**Canada** | **Rogers**<br>**333 Bloor Street East, 10th Fl**<br>**Toronto, Canada M4W 1G9**<br>**Canada** | **Trade Payable** | | **103,375.00** |
| **RRP, LLC**<br>**c/o The Lenkin Co Mgmt Inc.**<br>**4922 St Elmo Avenue**<br>**Bethesda, MD 20814** | **RRP, LLC**<br>**c/o The Lenkin Co Mgmt Inc.**<br>**4922 St Elmo Avenue**<br>**Bethesda, MD 20814** | **2012-2015 Rent** | **Contingent Unliquidated** | **440,760.00** |
| **Syed K. Rizvi**<br>**7007 Courtyard Way**<br>**Warrenton, VA 20186** | **Syed K. Rizvi**<br>**7007 Courtyard Way**<br>**Warrenton, VA 20186** | **Accrued wages and benefits.** | | **45,513.79** |
| **T-Mobile**<br>**P.O. BOX 94142**<br>**Seattle, WA 98124-6442** | **T-Mobile**<br>**P.O. BOX 94142**<br>**Seattle, WA 98124-6442** | **Trade Payable** | | **75,873.00** |
| **Verizon Business**<br>**P.O. BOX 382123**<br>**Pittsburgh, PA 15250** | **Verizon Business**<br>**P.O. BOX 382123**<br>**Pittsburgh, PA 15250** | **Trade Payable** | | **61,662.00** |
| **Verizon, Legal Department**<br>**Attn: General Counsel**<br>**1880 Campus Commons Drive**<br>**Reston, VA 20191** | **Verizon, Legal Department**<br>**Attn: General Counsel**<br>**1880 Campus Commons Drive**<br>**Reston, VA 20191** | **Trade Payable** | | **1,008,622.00** |
| **Vivian F. Ramsey-Boswell**<br>**7312 Iron Bit Drive**<br>**Warrenton, VA 20186** | **Vivian F. Ramsey-Boswell**<br>**7312 Iron Bit Drive**<br>**Warrenton, VA 20186** | **Accrued wages and benefits.** | | **47,560.61** |
| **Windstream, Corp Procurement**<br>**4001 Rodney Oarham Road**<br>**MS: B3F01-87C**<br>**Little Rock, AR 72212** | **Windstream, Corp Procurement**<br>**4001 Rodney Oarham Road**<br>**MS: B3F01-87C**<br>**Little Rock, AR 72212** | **Trade Payable** | | **167,016.00** |

**B4 (Official Form 4) (12/07) - Cont.**

In re **Paxfire, Inc.**                                                    Case No. _____

_____
                    Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

      I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **December 14, 2012**                    Signature    **/s/ Mark Lewyn**
_____                          _____
                                                            **Mark Lewyn**
                                                            **President**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
### Eastern District of Virginia

In re    **Paxfire, Inc.**                           ,      Case No. _____

                                                 Debtor      Chapter _____ **11** _____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 17 | 2,348,987.37 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 0.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 3 | | 543,544.10 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 24 | | 3,196,273.32 | |
| G - Executory Contracts and Unexpired Leases | Yes | 3 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 50 | | | |
| Total Assets | | | 2,348,987.37 | | |
| Total Liabilities | | | | 3,739,817.42 | |

Form 6 - Statistical Summary (12/07)

.

# United States Bankruptcy Court
### Eastern District of Virginia

In re   **Paxfire, Inc.** _____ ,    Case No. _____

                                              Debtor

Chapter _____**11**_____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6A (Official Form 6A) (12/07)

.

In re      **Paxfire, Inc.**                                                      ,          Case No. _____
                                              Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **None** | | | | |

| | | | | |
|---|---|---|---|---|
| | | Sub-Total > | **0.00** | (Total of this page) |
| | | Total > | **0.00** | |
| | | (Report also on Summary of Schedules) | | |

__0__   continuation sheets attached to the Schedule of Real Property

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07)

.

In re    **Paxfire, Inc.**                                                                ,            Case No. _____
                                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY

    Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

    **Do not list interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| | Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|---|
| 1. | Cash on hand | X | | | |
| 2. | Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Almar Business Checking Account** | - | 5,335.18 |
| | | | **Paxfire Commercial Bus Int Max - Savings** | - | 410,040.08 |
| | | | **Paxfire Business Checking** | - | 327,227.14 |
| 3. | Security deposits with public utilities, telephone companies, landlords, and others. | | **RRP, LLC** **c/o The Lenkin CO** **4922 A St. Elmo Ave** **Bethesda, MD 20814** | - | 11,537.16 |
| 4. | Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. | Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. | Wearing apparel. | X | | | |
| 7. | Furs and jewelry. | X | | | |
| 8. | Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. | Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. | Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >          754,139.56
(Total of this page)

  __4__   continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **Paxfire, Inc.**                                                                          ,        Case No. _____
                                                              Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **100% ownership of subsidiary Almar Networks, Inc,** | - | **Unknown** |
| | | **100% ownership of subsidiary Navit, Inc,** | - | **Unknown** |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | **ABC Search** | - | **0.62** |
| | | **Admedia** | - | **3,919.53** |
| | | **Admob** | - | **731.44** |
| | | **Amazon** | - | **1,947.45** |
| | | **AskJeeves** | - | **1,128,725.26** |
| | | **BareFruit** | - | **17.53** |
| | | **Commission Junction** | - | **92,779.50** |
| | | **Frontier** | - | **74,282.78** |
| | | **Google** | - | **11,027.86** |
| | | **LinkShare Corp** | - | **5,573.78** |
| | | **NameSpace** | - | **273,931.39** |
| | | **Xerocole** | - | **1,910.67** |

Sub-Total >      **1,594,847.81**
(Total of this page)

Sheet __1__ of __4__ continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                                     Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    **Paxfire, Inc.**                                                        ,    Case No. _____
                                          Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | **Potential causes of action for i) Patent or Trademark infringement, ii)Theft of Trade Secrets, iii) Defamation and/or iv) breach of contract.** | - | **Unknown** |
| | | **Claim for Breach of Contract, Unjust Enrichment and Quantum Meruit against Namespace Strategy Group, LLC. (Lawsuit pending in U.S. District Court, Southern Dist. of NY).** | - | **Unknown** |
| | | **Claim against Charter Communications for theft of trade secrets and tortious interference with contractual rights and/or business expectancies.** | - | **Unknown** |
| | | **Contingent right to payment arising from Agreement of sale of Patent #7,631,101 to Kiowa Innovations, LP.** | - | **Unknown** |

Sub-Total >                         **0.00**
(Total of this page)

Sheet __2__ of __4__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **Paxfire, Inc.**
_____ ,    Case No. _____
Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | Potential claims for i) tortious interference with contracts or business relationships and expectancies, ii) defamation (libel & slander) and busines conspiracy. Such claims may be made or filed against any or all of the following parties: Milberg LLP Reese Richman LLP The Electronic Frontier Foundation The International Computer Science Institute Peter Eckersley Vernon Paxson Nicholas Weaver Christian Kreibich Peter Seidman Sanford Dumont Charles Slidders Melissa Clark Kim Richman Michael Reese | - | Unknown |
| | | Counterclaims asserted for i) tortious interference with contracts or business relationships and expectancies, and ii) defamation (libel & slander) against Betsy Feist. | - | Unknown |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | | U.S. and Foreign Patents and Patent Applications (See Attached Exhibit to Sched. B) | - | Unknown |
| | | U.S. and Foreign Trademark Registrations and Applications (See Attached Exhibit to Sched. B) | - | Unknown |
| | | All assets--business plans, domain names, trademarks and financial models--associated with a potential mobile keyword registration system. | - | Unknown |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |

Sub-Total >                    0.00
(Total of this page)

Sheet __3__ of __4__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re     **Paxfire, Inc.**                                                          ,          Case No. _____
                                          Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | **Office Furniture & Equipment (See attached exhibit to Sched. B)** | - | **Unknown** |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | **Misc. Computer Servers, routers, switches, etc. maintained at ISP's.** | - | **Unknown** |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  |  |
|---|---|
| Sub-Total > | **0.00** |
| (Total of this page) | |
| Total > | **2,348,987.37** |

Sheet __4__ of __4__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

**Paxfire, Inc.**
## Supplement to Question #22, Schedule B

## PAXFIRE, INC. PATENT AND TRADEMARK PORTFOLIO SUMMARY

### U.S. PATENT APPLICATIONS/ PATENTS

I.      **U.S. Patent Application Number:   12/954,042**
**U.S. Patent Application Publication Number:   2011/0072124**
**Title:**   Systems and Methods for Direction of Communication Traffic
**Docket No.:**   PAX-101-03
**Status:**   Before first Office Action – no impending due dates.
**Projected first Office Action:**   May 2013.

II.      **U.S. Patent Application Number:   12/947,400**
**U.S. Patent Application Publication Number:   2011/0066724**
**Title:**   Systems and Methods for Direction of Communication Traffic
**Docket No.:**   PAX-102-02
**Status:**   Response to final Office Action due in USPTO 8 June 2012; extendible to 8
September 2012.

III.     **U.S. Patent Application Number:   11/915,245**
**U.S. Patent Application Publication Number:   2008/0201413**
**Title:**   Enhanced Features for Direction of Communication Traffic
**Docket No.:**   PAX-104-US
**Status:**   Response to final Office Action due in USPTO 12 June 2012; extendible to
12 September 2012.

IV.     **U.S. Patent No.:   7,310,686**
**U.S. Patent Application Number:   10/065,529**
**U.S. Patent Application Publication Number:   2004/0083307**
**Title:**   Apparatus and Method for Transparent Selection of an Internet Server Based
on Geographic Location of a User
**Docket No.:**   PAX-110
**Status:**   Second Maintenance Fee due on 18 December 2014.

**V.**        **U.S. Patent Application Number:   13/048,448**
              **U.S. Patent Application Publication Number:   2011/0166935**
              **Title:**   Analysis and Monetization of Lookup Terms
              **Docket No.:**   PAX-112-01
              **Status:**   Response to first Office Action due in USPTO on 11 August 2012;
                  extendible to 11 November 2012.


**VI.**       **U.S. Patent No.:   7,933,951**
              **U.S. Patent Application Number:   12/161,093**
              **U.S. Patent Application Publication Number:   2009/0013089**
              **Title:**   Systems and Methods for Discerning and Controlling Communication Traffic
              **Docket No.:**   PAX-113-US
              **Status:**   First Maintenance Fee due on 26 October 2014.


**VII.**      **U.S. Patent Application Number:   13/082,682**
              **U.S Patent Application Publication Number:   2011/0191495**
              **Title:**   Systems and Methods for Discerning and Controlling Communication Traffic
              **Docket No.:**   PAX-113-US-01
              **Status:**   Response to final Office Action due in USPTO 6 June 2012; extendible to 8
                  October 2012.


**VIII.**     **U.S. Patent Application Number:   12/529,982**
              **U.S. Patent Application Publication Number:   2010/0064047**
              **Title:**   Internet Lookup Engine
              **Docket No.:**   PAX-114-US
              **Status:**   Response to first Office Action due in USPTO 5 June 2012; extendible to
                  5 September 2012.


**IX.**       **U.S. Patent Number:   7,593,935**
              **U.S. Patent Application Number:   11/550,975**
              **U.S. Patent Application Publication Number:   2008/0097980**
              **Title:**   Methods and Systems for Node Ranking Based on DNS Session Data
              **Docket No.:**   PAX-116
              **Status:**   First Maintenance Fee due on 22 March 2013.

**X.**      **U.S. Patent Number:  8,090,726**
            **U.S. Patent Application Number:  12541,663**
            **U.S. Patent Application Publication Number:  2009/0319367**
            **Title:**  Methods and Systems for Node Ranking Based on DNS Session Data
            **Docket No.:**  PAX-116-01
            **Status:**  First Maintenance Fee due on 3 July 2015.


**XI.**     **PCT Patent Application Number:  PCT/US2011/029209**
            **Publication Number:  WO/2011/116381**
            **Title:**  Rapid Navigation System for Mobile Devices
            **Docket No.:**  PAX-123-PCT
            **Status:**  National Stage Application deadline is 19 September 2012.

# PAXFIRE, INC. PATENT PORTFOLIO SUMMARY

## FOREIGN APPLICATIONS

**I.**      **PAX-103 Series**

A.   PAX-103-JP

**Japanese Patent Number:   4,762,231**

**Status:**   Maintenance fee due in JPO on 17 June 2014.

B.  PAX-103-MX

**Mexican Patent Number:   281487**

**Status:**   Maintenance fee due in Mexican patent office on 4 May 2015.

**II.**     **PAX-104 Series**

A.   PAX-104-JP

**Japanese Patent Number:   4,884,463**

**Status:**   Patented.

B.   PAX-104-NZ

**New Zealand Patent Number:   564396**

**Status:**   Maintenance Fee/Renewal due 23 May 2013.

**III.**    **PAX-113 Series**

A.   PAX-113-AU

**Australian Patent Application Number:   2007207417**

**Status:**   Response to first Office Action due 21 May 2012; extendible up to 21
October 2012 by payment of monthly $110 fee.

B.   PAX-113-CA

**Canadian Patent Application Number:   2,637,413**

**Status:**   Before first Office Action.   Annuity and Request for Examination due in
CIPO by 19 January 2013.

**IV.**      **PAX-114 Series**

<u>A.   PAX-114-AU</u>

**Australian Patent Application Number:   2008222906**

**Status:**   Response to first Office Action due in IPAU 21 May 2012; extendible to 21 October 2012 by payment of monthly $110 fee.

# PAXFIRE, INC. TRADEMARK PORTFOLIO SUMMARY

## U.S. TRADEMARK APPLICATIONS/REGISTRATIONS

**I.**    **U.S. Trademark Registration Number:   3,543,184**
**Mark:**   Paxfire (plain text)
**Class:   42**
**Registration Date:**   9 December 2008
**Status:**   Section 8 or 15 filing deadline is 9 December 2014.

**II.**    **U.S. Trademark Registration Number:   3,543,186**
**Mark:**   Paxfire (with old logo)
**Class:   42**
**Registration Date:**   9 December 2008
**Status:**   Section 8 or 15 filing deadline is 9 December 2014.

**III.**    **U.S. Trademark Registration Number:   3,439,774**
**Mark:**   Paxfire (with old logo and tag line:   Generating New Revenue For Network
        Operators)
**Class:   38**
**Registration Date:**   3 June 2008
**Status:**   Section 8 or 15 filing deadline is 3 June 2014.

**IV.**    **U.S. Trademark Registration Number:   3,375,231**
**Mark:**   Phish-Hook
**Class:   38**
**Registration Date:**   29 January 2008
**Status:**   Section 8 or 15 filing deadline is 29 January 2014.

**V.**    **U.S. Trademark Registration Number:   3,707,941**
**Mark:**   Paxfire (with new/current logo)
**Class:   38 and 42**
**Registration Date:**   10 November 2009
**Status:**   Section 8 or 15 filing deadline is 10 November 2015.

**VI.**     **U.S. Trademark Registration Number:   3,707,943**
       **Mark:**   Paxfire (with new/current logo and tag line:   Generating New Revenue For
          Network Operators)
       **Class:   38 and 42**
       **Registration Date:**   10 November 2009
       **Status:**   Section 8 or 15 filing deadline is 10 November 2015.

**VII.**     **U.S. Trademark Registration Number:   3,707,945**
       **Mark:**   Paxfire (plain text)
       **Class:   38**
       **Registration Date:**   10 November 2009
       **Status:**   Section 8 or 15 filing deadline is 10 November 2015.

**VIII.**     **U.S. Trademark Registration Number:   4,054,449**
       **Mark:**   NAVIT
       **Class:   38 and 42**
       **Registration Date:**   15 November 2011
       **Status:**   Section 8 or 15 filing deadline is 15 November 2017.

**IX.**     **U.S. Trademark Registration Number:   4,054,450**
       **Mark:**   NAVIT (with logo)
       **Class:   38 and 42**
       **Registration Date:**   15 November 2011
       **Status:**   Section 8 or 15 filing deadline is 15 November 2017.

## PAXFIRE, INC. TRADEMARK PORTFOLIO SUMMARY

## FOREIGN TRADEMARK APPLICATIONS/REGISTRATIONS

I.    **Australian Trademark Registration Number:   1346837**
      **Mark:**   NAVIT
      **Class:   42**
      **Registration Date:**   22 February 2010
      **Status:**   Renewal date is 22 February 2020

II.   **European Community Trademark Registration Number:   8900557**
      **Mark:**   NAVIT
      **Class:   35, 38, and 42**
      **Registration Date:**   18 August 2010
      **Status:**   Renewal date is 18 August 2020

III.  **Australian Trademark Registration Number:   1346838**
      **Mark:**   NAVIT (with logo)
      **Class:   42**
      **Registration Date:**   22 February 2010
      **Status:**   Renewal date is 22 February 2020

IV.   **European Community Trademark Registration Number:   8900391**
      **Mark:**   NAVIT (with logo)
      **Class:   42**
      **Registration Date:**   18 August 2010
      **Status:**   Renewal date is 18 August 2020

**Paxfire, Inc.**
## Supplement to Question #28, Schedule B

| Office | Equipment |
|---|---|
| 1 Doug's Office | 2 printers |
| | 1 executive desk |
| | 2 chairs |
| | 1 sofa |
| | 1 end table |
| | 1 fan |
| | 1 desktop |
| | 2 monitors |
| | 1 wipeboard |
| | |
| 2 Matt's Old Office | 1 File Cabinet |
| | 1 Buffet Table |
| | 1 Laptop |
| | 1 Monitor |
| | |
| 3 Sitting Area | 2 arm chairs |
| | 1 coffee table |
| | 3 loveseat sofas |
| | 3 wipeboards |
| | |
| 4 Fileroom | NOTHING |
| | |
| 5 Syed's Office | 1 Wipeboard |
| | 1 chair |
| | 1 buffet table |
| | 1 end table |
| | 1 printer |
| | 1 laptop |
| | 1 monitor |
| | 3 desktops |
| | |
| 6 Vivian's Office | 2 Chairs |
| | 1 loveseat Sofa |
| | 1 buffet table |
| | 1 file cabinet |
| | 1 laptop |
| | |
| 7 Amy's office | 1 desk |
| | 1 buffet table |
| | 1 bookcase |
| | 1 filing cabinet |
| | 1 arm chair |
| | 2 laptop |
| | 1 monitor |
| | 1 desktop |

|   |   |   |
|---|---|---|
| | | 1 printer |
| | | 1 projector |
| 8 | Meenakshi's Office | 2 Chairs |
| | | 1 Mac Desktop |
| | | 4 monitors |
| | | 1 desk |
| | | 3 desktops |
| | | 2 Ipads |
| 9 | IP Office | 1 bookcase |
| | | 1 chair |
| | | 1 conference table |
| | | 3 monitors |
| | | 4 desktops |
| 10 | Open Space | 9 Wipeboards |
| | | 1 table |
| | | 1 buffet tables |
| | | 1 round tables |
| | | 1 chair |
| | | 3 shelves |
| 11 | Operations office | 2 buffet tables |
| | | 1 chair |
| | | 1 shelf |
| 12 | Mark's Office | 1 executive desk |
| | | 2 laptops |
| | | 1 monitor |
| | | 2 chairs |
| | | 1 wipeboard |
| 13 | Small Conference room | 1 Shelf |
| | | 1 Chair |
| 14 | Large Conference Room | 1 buffet table |
| | | 1 projector |
| | | 2 chairs |
| | | 1 color printer |
| | | 1 polycom |
| 15 | Supply Room | 1 Shredder |
| | | 2 copier/printers |
| | | 1 Deer Park Water dispenser |

B6D (Official Form 6D) (12/07)

In re    **Paxfire, Inc.** _____,    Case No. _____

Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

■ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| | | | Husband, Wife, Joint, or Community | | | | | |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |

_**0**_ continuation sheets attached

| | | |
|---|---|---|
| Subtotal (Total of this page) | | |
| Total (Report on Summary of Schedules) | 0.00 | 0.00 |

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

B6E (Official Form 6E) (4/10)

.

In re    **Paxfire, Inc.**                                                                    ,          Case No. _____

Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

■ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

_* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment._

**2**___ continuation sheets attached

B6E (Official Form 6E) (4/10) - Cont.

In re __Paxfire, Inc._____ ,    Case No. _____
_____
Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | | |
| Account No. | | | | 2012 | | | | | | |
| Amy S. Kemon 19367 Wrenbury Lane Leesburg, VA 20175 | - | | | Accrued wages and benefits. | | | | | 82,876.26 | |
| | | | | | | | | 94,601.26 | | 11,725.00 |
| Account No. | | | | 2012 | | | | | | |
| Doug Armentrout 16790 Michelson Drive Purcellville, VA 20132 | - | | | Accrued wages and benefits. | | | | | 116,095.07 | |
| | | | | | | | | 127,820.07 | | 11,725.00 |
| Account No. | | | | 2012 | | | | | | |
| Mark Lewyn 6255 North Kensington Street Mc Lean, VA 22101 | - | | | Accrued wages and benefits. | | | | | 132,918.62 | |
| | | | | | | | | 144,643.62 | | 11,725.00 |
| Account No. | | | | 2012 | | | | | | |
| Meenakshi R. Bangad 43845 Centergate Drive Ashburn, VA 20148 | - | | | Accrued wages and benefits. | | | | | 71,679.75 | |
| | | | | | | | | 83,404.75 | | 11,725.00 |
| Account No. | | | | 2012 | | | | | | |
| Syed K. Rizvi 7007 Courtyard Way Warrenton, VA 20186 | - | | | Accrued wages and benefits. | | | | | 33,788.79 | |
| | | | | | | | | 45,513.79 | | 11,725.00 |

Sheet __1___ of __2___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

| | AMOUNT NOT ENTITLED TO PRIORITY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|
| Subtotal | 437,358.49 | |
| (Total of this page) | 495,983.49 | 58,625.00 |

B6E (Official Form 6E) (4/10) - Cont.

In re    **Paxfire, Inc.**                                                    ,    Case No. _____
                          Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Vivian F. Ramsey-Boswell** <br> **7312 Iron Bit Drive** <br> **Warrenton, VA 20186** | - | | **2012** <br><br> **Accrued wages and benefits.** | | | | 47,560.61 | | 35,835.61 <br><br><br> 11,725.00 |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |

Sheet __2__ of __2__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal | | 35,835.61 |
| (Total of this page) | 47,560.61 | 11,725.00 |
| Total | 473,194.10 | |
| (Report on Summary of Schedules) | 543,544.10 | 70,350.00 |

B6F (Official Form 6F) (12/07)

In re **Paxfire, Inc.**                                                              ,     Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**01 Communications**<br>**5190 Golden Foothills Parkway**<br>**El Dorado Hills, CA 95762** | - | | **2012**<br>**Trade Payable** | | | | **602.52** |
| Account No.<br><br>**01 Communications**<br>**Attn: Brad Jenkins**<br>**1515 K Street, Suite 100**<br>**Sacramento, CA 95814** | - | | **2012 - ?**<br>**Contingent liability under contract.** | X | X | | **Unknown** |
| Account No.<br><br>**Alan Sullivan**<br>**17567 Tobermory Place**<br>**Leesburg, VA 20175** | - | | **2012**<br>**Severance Compensation** | | | | **87,154.00** |
| Account No.<br><br>**Amy S. Kemon**<br>**19367 Wrenbury Lane**<br>**Leesburg, VA 20175** | - | | **2012**<br>**Employee Expenses - unreimbursed** | | | | **404.00** |

__23__ continuation sheets attached

Subtotal
(Total of this page)                     **88,160.52**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Paxfire, Inc.**                                                    ,      Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.<br>**Andrew Grosso & Associates**<br>**1101 30th Street, NW**<br>**Suite 300**<br>**Washington, DC 20007** | | - | | **2012**<br>**Trade Payable** | | | | **116,721.00** |
| Account No. **8290.002**<br>**Bergeson, LLP**<br>**303 Almaden Boulevard**<br>**Suite 500**<br>**San Jose, CA 95110** | | - | | **2012**<br>**Trade Payable** | | | | **47,455.00** |
| Account No.<br>**Betsy Feist c/o Kim Richman**<br>**875 Avenue of the Americas**<br>**18th Floor**<br>**New York, NY 10001** | | - | | **2011-2012**<br>**Disputed Claim for Breach of Privacy. Subject to setoff.** | X | X | X | **Unknown** |
| Account No.<br>**Big Air Group**<br>**59 Buckingham Street**<br>**Surry Hills, NSW 2000**<br>**Australia** | | - | | **2012 - ?**<br>**Contingent liability under contract.** | X | X | | **Unknown** |
| Account No.<br>**Big Air, Attn: General Counsel**<br>**Level 1, 59 Buckingham Street**<br>**Surry Hill, NSW 2010**<br>**Australia** | | - | | **2012**<br>**Trade Payable** | | | | **388.00** |

Sheet no. __1__ of __23__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  **164,564.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Paxfire, Inc.**                                                    ,        Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. **102826**□□ <br><br> **Blake, Cassels, & Graydon, LLP** <br> **45 O'Connor St., Ste 2000** <br> **World Exchange Plaza** <br> **Ottawa ON K1P 1A4 Canada** | - | | | **2012** <br> **Trade Payable** | | | | 593.00 |
| Account No. <br><br> **Cavalier Telephone, LLC** <br> **2134 West Laburnum Avenue** <br> **Richmond, VA 23227** | - | | | **2012** <br> **Trade Payable** | | | | 5,950.60 |
| Account No. <br><br> **Cavalier Telephone, LLC** <br> **Attn: V.P. Marketing** <br> **2134 West Laburnum Avenue** <br> **Richmond, VA 23227** | - | | | **2012 - ?** <br> **Contingent liability under contract.** | X | X | | Unknown |
| Account No. <br><br> **Charter Communications** <br> **12405 Powerscourt Drive** <br> **Saint Louis, MO 63131** | - | | | **2011-2012** <br> **Potential Indemnity Claim** <br>    **Subject to setoff.** | X | X | X | Unknown |
| Account No. <br><br> **Charter Communications** <br> **12405 Powerscourt Drive** <br> **Saint Louis, MO 63131** | - | | | **2012** <br> **Arbitration Award** | | | X | 498,340.00 |

Sheet no. __**2**__ of __**23**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **504,883.60**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Paxfire, Inc.**                                              ,        Case No. _____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. | | | | | 2012 Trade Payable | | | | |
| Cincinatti Bell 221 East Fourth Street RPC 103-1600 Cincinnati, OH 45201 | - | | | | | | | | 33,689.00 |
| Account No. | | | | | 2012 - ? Contingent liability under contract. | | | | |
| Cincinatti Bell 221 East Fourth Street RPC 103-1600 Cincinnati, OH 45201 | - | | | | | X | X | | Unknown |
| Account No. | | | | | 2012 Trade Payable | | | | |
| CISP 3035 Moffat Road Toledo, OH 43615 | - | | | | | | | | 511.00 |
| Account No. | | | | | 2012 - ? Contingent liability under contract. | | | | |
| CISP Attn: Legal Department 3035 Moffat Road Toledo, OH 43615 | - | | | | | X | X | | Unknown |
| Account No. | | | | | 2012 Trade Payable | | | | |
| Cogent 1015 31st Street, NW Washington, DC 20007 | - | | | | | | | | 15,553.00 |

Sheet no. __3___ of __23__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

49,753.00

B6F (Official Form 6F) (12/07) - Cont.

In re   **Paxfire, Inc.**                                                          ,        Case No. _____
                                            **Debtor**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | 2012 - ? Contingent liability under contract. | | | | |
| Cogent Communications, Inc. Attn: Legal Department 1015 31st Street, NW Washington, DC 20007 | - | | | | X | X | | |
| | | | | | | | | Unknown |
| Account No. | | | | 2012 - ? Contingent liability under contract. | | | | |
| Core Communications 209 West Street Suite 302 Annapolis, MD 21401 | - | | | | X | X | | |
| | | | | | | | | Unknown |
| Account No. | | | | 2012 Trade Payable | | | | |
| Core Tel 209 West Street Suite 302 Annapolis, MD 21401 | - | | | | | | | |
| | | | | | | | | 23.00 |
| Account No. | | | | 2011-2012 Disputed Claim for Patent Infringement | | | | |
| DN Lookup c/o Michael Lee 8100 Augusta Drive. Suite 250 Houston, TX 77057 | - | | | | | | X | |
| | | | | | | | | Unknown |
| Account No. | | | | 2012 Employee Expenses - unreimbursed | | | | |
| Doug Armentrout 16790 Michelson Drive Purcellville, VA 20132 | - | | | | | | | |
| | | | | | | | | 1,269.20 |

Sheet no. __4___ of __23__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                         1,292.20

B6F (Official Form 6F) (12/07) - Cont.

In re   **Paxfire, Inc.** _____,      Case No. _____
                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**DynDNS**<br>**150 Tow Street Tower 2**<br>**Manchester, NH 03101** | - | | **2012**<br>**Trade Payable** | | | | 4,780.00 |
| Account No.<br><br>**DynDNS**<br>**1230 Elm Street**<br>**5th Floor**<br>**Manchester, NH 03101** | - | | **2012 - ?**<br>**Contingent liability under contract.** | X | X | | Unknown |
| Account No.<br><br>**Earthlink**<br>**1375 Peachtree Street Level A**<br>**Atlanta, GA 30309** | - | | **2012**<br>**Trade Payable** | | | | 24,449.00 |
| Account No.<br><br>**Earthlink**<br>**1375 Peachtree Street Level A**<br>**Atlanta, GA 30309** | - | | **2012 - ?**<br>**Contingent liability under contract.** | X | X | | Unknown |
| Account No.<br><br>**Electronic Frontier Foundation**<br>**454 Shotwell Street**<br>**San Francisco, CA 94110** | - | | **2012**<br>**Disputed claim for discovery costs** | X | X | X | Unknown |

Sheet no. __5__ of __23__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

29,229.00

B6F (Official Form 6F) (12/07) - Cont.

In re   **Paxfire, Inc.** _____,      Case No. _____
                                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**ENAI**<br>**1101 McGavock Street**<br>**Nashville, TN 37203** | - | | | **2012**<br>**Trade Payable** | | | | **6,400.00** |
| Account No.<br><br>**ENAI**<br>**Attn: Contract Administration**<br>**1101 McGavock Street**<br>**Nashville, TN 37203** | - | | | **2012 - ?**<br>**Contingent liability under contract.** | X | X | | **Unknown** |
| Account No. **6276**<br><br>**Equinix**<br>**4252 Solutions Center**<br>**Chicago, IL 60677** | - | | | **2012**<br>**Trade payable.** | | | | **3,383.00** |
| Account No. **5260**<br><br>**Equinix Australia Pty Ltd**<br>**Co Reg No 09208070264 Unit B**<br>**639 Gardners Road**<br>**Mascot NSW 2020, Australia** | - | | | **2012**<br>**Trade Payable** | | | | **65,456.00** |
| Account No.<br><br>**Excella Communications**<br>**Attn: Jason Koenders**<br>**1700 S. Main Street**<br>**Las Vegas, NV 89104** | - | | | **2012 - ?**<br>**Contingent liability under contract.** | X | X | | **Unknown** |

Sheet no. __6__ of __23__ sheets attached to Schedule of                                      Subtotal
Creditors Holding Unsecured Nonpriority Claims                                          (Total of this page)

| | |
|---|---|
| | **75,239.00** |

B6F (Official Form 6F) (12/07) - Cont.

In re  **Paxfire, Inc.** _____,      Case No. _____
                                   Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Excellacom**<br>**1700 S Main Street**<br>**Las Vegas, NV 89104** | - | | **2012**<br>**Trade Payable** | | | | 1.00 |
| Account No. **1040567**<br><br>**Expedient**<br>**Lockbox 9886**<br>**PO Box 8500**<br>**Philadelphia, PA 19178** | - | | **2012**<br>**Trade Payable** | | | | 139.00 |
| Account No.<br><br>**Fibernet**<br>**1200 Greenbrier Street**<br>**Charleston, WV 25311** | - | | **2012**<br>**Trade Payable** | | | | 490.00 |
| Account No. **US3700521**<br><br>**Foundation IP**<br>**Accounts Receivable Dept.**<br>**CH 16526**<br>**Palatine, IL 60055** | - | | | | | | 975.00 |
| Account No.<br><br>**Frontier**<br>**3 High Ridge Park**<br>**Stamford, CT 06905** | - | | **2012**<br>**Trade Payable** | | | | 66,481.00 |

Sheet no. __7__ of __23__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

68,086.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **Paxfire, Inc.**                                              ,      Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | 20012 - ? Contingent liability under contract. | | | | |
| Frontier Attn: Assoc. Gen. Counsel 180 South Clinton Avenue Rochester, NY 14646 | - | | | | X | X | | Unknown |
| Account No. | | | | 2012 Trade Payable | | | | |
| G.W. Wireless 2727 North Plaza Drive Rapid City, SD 57702 | - | | | | | | | 2.00 |
| Account No. | | | | 2012 Trade Payable | | | | |
| Global Crossing 225 Kenneth Drive Rochester, NY 14623 | - | | | | | | | 1,229.00 |
| Account No. | | | | 2012 - ? Contingent liability under contract. | | | | |
| Global Crossing 200 Park Avenue Suite 300 Florham Park, NJ 07932 | - | | | | X | X | | Unknown |
| Account No. | | | | 2012 Trade Payable | | | | |
| GlobalPops Eight Penn Center West Suite 101 Pittsburgh, PA 15276 | - | | | | | | | 4,205.00 |

| | | |
|---|---|---|
| Sheet no. __8__ of __23__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | 5,436.00 |

B6F (Official Form 6F) (12/07) - Cont.

In re    **Paxfire, Inc.**                                                    ,        Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. | | | | | 2012 - ? Contingent liability under contract. | | | | |
| **GlobalPops** **625 Mount Lebanon Blvd.** **Pittsburgh, PA 15234** | - | | | | | X | X | | |
| | | | | | | | | | **Unknown** |
| Account No. | | | | | 2012 Trade Payable | | | | |
| **GVT (Pop Internet)** **Rua Lourenco** **Pinto, 299** **Curitiba Parana, Brazil** | - | | | | | | | | |
| | | | | | | | | | **1.00** |
| Account No. | | | | | 2012 - ? Contingent liability under contract. | | | | |
| **GVT (Pop Internet)** **Rua Lourenco** **Pinto, 299** **Curitiba Parana, Brazil** | - | | | | | X | X | | |
| | | | | | | | | | **Unknown** |
| Account No. 2656700800 | | | | | 2012 Trade Account | | | | |
| **Hewlett-Packard Financial Svcs** **P.O. Box 403265** **Atlanta, GA 30384-3265** | - | | | | | | | | |
| | | | | | | | | | **33,912.00** |
| Account No. | | | | | 2012 Trade Payable | | | | |
| **Hughes** **11717 Exploration Lane** **Gaithersburg, MD 20878** | - | | | | | | | | |
| | | | | | | | | | **23,425.00** |

Sheet no. __9__ of __23__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**57,338.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Paxfire, Inc.**                                              ,      Case No. _____
                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.                                                                              Hughes Network Systems, Inc. Attn: General Counsel 11717 Exploration Lane Gaithersburg, MD 20878 | - | | | 2012 - ? Contingent liability under contract. | X | X | | Unknown |
| Account No.                                                                              IBBS P.O. BOX 935070 Atlanta, GA 31193-5070 | - | | | 2012 Trade Payable | | | | 40,249.00 |
| Account No.                                                                              ICOA, Inc.□□ Webcenter, Inc 111 Airport Road Warwick, RI 02889 | - | | | 2012 - ? Contingent liability under contract. | X | X | | Unknown |
| Account No.                                                                              Ikano 124 N Charles Lindbergh Drive Salt Lake City, UT 84116-2820 | - | | | 2012 Trade Payable | | | | 266.00 |
| Account No.                                                                              Ikano Communications 265 East 100 South Suite 245 Salt Lake City, UT 84111 | - | | | 2012 - ? Contingent liability under contract. | X | X | | Unknown |

Sheet no. __10__ of __23__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

40,515.00

B6F (Official Form 6F) (12/07) - Cont.

In re   **Paxfire, Inc.**                                          ,      Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Insight**<br>**810 Seventh Avenue**<br>**New York, NY 10019** | - | | **2012**<br>**Trade Payable** | | | | **17,330.00** |
| Account No.<br><br>**Insight Communications Co.**<br>**Attn: V.P. Administration**<br>**810 7th Avenue**<br>**New York, NY 10019** | - | | **2012 - ?**<br>**Contingent liability under contract.** | X | X | | **Unknown** |
| Account No.<br><br>**Integrated Broadband Services**<br>**200 Chastain Center Drive**<br>**Suite 200**<br>**Kennesaw, GA 30144** | - | | **2012 - ?**<br>**Contingent liability under contract.** | X | X | | **Unknown** |
| Account No. **8670636**<br><br>**Internap Network Services**<br>**Dept 0526**<br>**PO Box 120526**<br>**Dallas, TX 75312** | - | | **2012**<br>**Trade Payable** | | | | **3,395.00** |
| Account No.<br><br>**Iowa Telecom**<br>**403 West 4th Street North**<br>**Newton, IA 50208** | - | | **2012**<br>**Trade Payable** | | | | **1.00** |

Sheet no. __11__ of __23__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**20,726.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Paxfire, Inc.**                                                                    ,      Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Iowa Telecom**<br>**403 West 4th Street North**<br>**Legal Department**<br>**Newton, IA 50208** | - | | **2012 - ?**<br>**Contingent liability under contract.** | X | X | | **Unknown** |
| Account No.<br><br>**Localnet**<br>**325325 Hampton Hill Drive**<br>**Williamsville, NY 14221** | - | | **2012**<br>**Trade Payable** | | | | **626.00** |
| Account No.<br><br>**Localnet Corporation**<br>**Attn: David Kaplan**<br>**325 Hampton Hill Drive**<br>**Williamsville, NY 14221** | - | | **2012 - ?**<br>**Contingent liability under contract.** | X | X | | **Unknown** |
| Account No.<br><br>**Mark Lewyn**<br>**6255 North Kensington Street**<br>**Mc Lean, VA 22101** | - | | **2012**<br>**Employee Expenses - unreimbursed** | | | | **1,750.00** |
| Account No.<br><br>**Megapath**<br>**Dept 0324**<br>**P.O. BOX 120324**<br>**Dallas, TX 75312-0324** | - | | **2012**<br>**Trade Payable** | | | | **1,025.00** |

| | |
|---|---|
| Sheet no. __12__ of __23__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal<br>(Total of this page)    **3,401.00** |

B6F (Official Form 6F) (12/07) - Cont.

In re **Paxfire, Inc.** ,                                    Case No. _____
_____
                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Megapath**<br>**Attn: Legal Department**<br>**555 Anton Blvd, Suite 200**<br>**Costa Mesa, CA 92626** | - | | | **2012 - ?**<br>**Contingent liability under contract.** | X | X | | Unknown |
| Account No.<br><br>**Meyer & Heeder**□□<br>**Taunnusstr, 5A**<br>**D-65183 Wiesbadan**<br>**Germany** | | | | **2012**<br>**Disputed Claim for Breach of Contract** | X | X | X | 50,000.00 |
| Account No.  **08-115LA**□□<br><br>**Miyagawa Int'l Patent Firm**□□<br>**6F Fuji Bldg 19**<br>**Aizumi-Cho Shinjuku-ku**<br>**Tokyo 160-0005 Japan** | | | | **2012**<br>**Trade Payable** | | | | 3,819.00 |
| Account No.  **PA48A01/P-EP/WO**□□<br><br>**Muller,Fottner & Steinecke**<br>**PF/PO BOX 1140**<br>**52412 Julich** | - | | | **2012**<br>**Trade Payable** | | | | 281.00 |
| Account No.<br><br>**New York Connect**<br>**317 Madison Avenue, #907**<br>**New York, NY 10017** | - | | | **2012 - ?**<br>**Contingent liability under contract.** | X | X | | Unknown |

Sheet no. __**13**__ of __**23**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

54,100.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **Paxfire, Inc.**                                                              ,    Case No. _____
_____
                     Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | 2012 Trade Payable | | | | |
| NY Connect 317 Madison Avenue New York, NY 10017 | - | | | | | | | 2.00 |
| Account No. | | | | 2012 Trade Payable | | | | |
| One Communications 100 Chestnut Street 7th Floor Rochester, NY 14604 | - | | | | | | | 6,026.00 |
| Account No. | | | | 2012 - ? Contingent liability under contract. | X | X | | |
| One Communications Corp. Attn: General Counsel 220 Bear Hill Road Waltham, MA 02451 | - | | | | | | | Unknown |
| Account No. | | | | 2012 Trade Payable | | | | |
| Optus 1 Lyonpark Road Macquarie Park, NSW 2113 Australia | - | | | | | | | 34,398.00 |
| Account No. | | | | 2012 Trade Payable | | | | |
| Oury Clark Solicitors 10 John Street London WC1N 2EB DX 84 London, Chancery Lane | - | | | | | | | 990.00 |

Sheet no. __14__ of __23__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

41,416.00

B6F (Official Form 6F) (12/07) - Cont.

In re   **Paxfire, Inc.** _____,    Case No. _____
                                   Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | 2012 - ? | | | | |
| Pac-West Telecomm, Inc. 4210 Coronado Avenue Stockton, CA 95204 | - | | | Contingent liability under contract. | X | X | | Unknown |
| Account No. 138639 | | | | 2012 | | | | |
| Pepper Hamilton Suite 100 4 Park Plaza Irvine, CA 92614-5955 | - | | | Trade Payable | | | | 17,108.00 |
| Account No. | | | | 2012 | | | | |
| Potomac Patent Group P.O. BOX 270 Fredericksburg, VA 22404 | - | | | Trade Payable | | | | 4,602.00 |
| Account No. | | | | 2012 | | | | |
| Primus 5343 Dundas St W #400 Toronto, ON M9B 6H8 Canada | - | | | Trade Payable | | | | 622.00 |
| Account No. | | | | 2012 - ? | | | | |
| Primus Telecom Canada 5343 Dundas St W #400 Etobicoke, Ontario, M9B 6K5 Canada | - | | | Contingent liability under contract. | X | X | | Unknown |

| | | |
|---|---|---|
| Sheet no. __15__ of __23__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | 22,332.00 |

B6F (Official Form 6F) (12/07) - Cont.

In re    **Paxfire, Inc.**                                                              ,     Case No. _____
                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **RCN** **196 Van Buren Street** **Herndon, VA 20170** | - | | **2012** **Trade Payable** | | | | 7,711.00 |
| Account No. **Roger Communications** **333 Bloor Street East, 10th Fl** **Toronto, Ontario M4W 1G9** **Canada** | - | | **2012 - ?** **Contingent liability under contract.** | X | X | | **Unknown** |
| Account No. **Rogers** **333 Bloor Street East, 10th Fl** **Toronto, Canada M4W 1G9** **Canada** | - | | **2012** **Trade Payable** | | | | 103,375.00 |
| Account No. **RRP, LLC** **c/o The Lenkin Co Mgmt Inc.** **4922 St Elmo Avenue** **Bethesda, MD 20814** | - | | **2012-2015 Rent** | X | X | | 440,760.00 |
| Account No. **ServerPlus** **P.O. BOX 970842** **Orem, UT 84097** | - | | **2012** **Trade Payable** | | | | 211.00 |

Sheet no. __16__ of __23__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

552,057.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **Paxfire, Inc.** _____,          Case No. _____

                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | 2012 - ? Contingent liability under contract. | | | | |
| ServerPlus, LLC Attn: Layne Sisk 766 South 400 East Orem, UT 84097 | - | | | | X | X | | Unknown |
| Account No. | | | | 2012 - ? Contingent liability under contract. | | | | |
| Sing Tel Optus PTY, Ltd 1 Lyonpark Road Macquarie Park, NSW 2113 Australia | - | | | | X | X | | Unknown |
| Account No. | | | | 2012 Trade Payable | | | | |
| Spacenet 1750 Old Meadow Road Mc Lean, VA 22102 | - | | | | | | | 1,134.00 |
| Account No. | | | | 2012 - ? Contingent liability under contract. | | | | |
| Spacenet Attn: General Counsel 1750 Old Meadow Road Mc Lean, VA 22102 | - | | | | X | X | | Unknown |
| Account No. | | | | 2012 Trade Payable | | | | |
| Sprint P.O. BOX 871885 Kansas City, MO 64187-1885 | - | | | | | | | 1,428.00 |

Sheet no. __17__ of __23__ sheets attached to Schedule of                                                  Subtotal              2,562.00
Creditors Holding Unsecured Nonpriority Claims                                                       (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Paxfire, Inc.** _____ ,  Case No. _____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | 2012 - ?<br>Contingent liability under contract. | | | | |
| Sprint Legal Department<br>KSOPHT0101-z4100<br>6391 Sprint Parkway<br>Overland Park, KS 66251 | - | | | | X | X | | Unknown |
| Account No. | | | | 2012 - ?<br>Contingent liability under contract. | | | | |
| Sprint Nextel<br>2001 Edmund Halley Drive<br>Reston, VA 20191 | - | | | | X | X | | Unknown |
| Account No. | | | | 2012<br>Trade Payable | | | | |
| Sprint Wireless<br>P.O. BOX 871197<br>Kansas City, MO 64187-1197 | - | | | | | | | 6,057.00 |
| Account No. | | | | 2012<br>Trade Payable | | | | |
| T-Mobile<br>P.O. BOX 94142<br>Seattle, WA 98124-6442 | - | | | | | | | 75,873.00 |
| Account No. | | | | 2012 - ?<br>Contingent liability under contract. | | | | |
| T-Mobile<br>T-Mobile Bankruptcty Team<br>PO Box 53410<br>Bellevue, WA 98015-3410 | - | | | | X | X | | Unknown |

Sheet no. __18__ of __23__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

81,930.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **Paxfire, Inc.** _____,    Case No. _____
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C (Husband, Wife, Joint, or Community) | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Telepacific**<br>**515 South Flower Street**<br>**Suite 4700**<br>**Los Angeles, CA 90071** | - | | **2012**<br>**Trade Payable** | | | | **205.00** |
| Account No.<br><br>**Telepacific**<br>**Attn: General Counsel**<br>**515 South Flower St., 47th Fl,**<br>**Los Angeles, CA 90071** | - | | **2012 - ?**<br>**Contingent liability under contract.** | X | X | | **Unknown** |
| Account No.<br><br>**Time Warner**<br>**10475 Park Meadows Drive**<br>**Lone Tree, CO 80124** | - | | **2012**<br>**Trade Payable** | | | | **3,441.00** |
| Account No.<br><br>**Time Warner Telecom Holdings**<br>**Attn: Deputy Gen. Counsel**<br>**10475 Park Meadows Drive**<br>**Littleton, CO 80124** | - | | **2012 - ?**<br>**Contingent liability under contract.** | X | X | | **Unknown** |
| Account No.<br><br>**US Lec Corp.**<br>**600 Willowbrook Office Park**<br>**Silver Springs, NY 14550** | - | | **2012**<br>**Trade Payable** | | | | **19,457.00** |

Sheet no. __19__ of __23__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**23,103.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Paxfire, Inc.** _____ ,        Case No. _____
                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| **Account No.** | | | | 2012 - ? | | | | |
| US Lec Corp. Attn: General Counsel 6801 Morrison Blvd. Charlotte, NC 28210 | - | | | Contingent liability under contract. | X | X | | Unknown |
| **Account No.** | | | | 2011-2012 | | | | |
| Verizon One Verizon Way Basking Ridge, NJ 07920 | - | | | Contingent claim for breach of contract. | X | X | | Unknown |
| **Account No.** | | | | 2012 | | | | |
| Verizon Business P.O. BOX 382123 Pittsburgh, PA 15250 | - | | | Trade Payable | | | | 61,662.00 |
| **Account No.** | | | | 2012 | | | | |
| Verizon, Legal Department Attn: General Counsel 1880 Campus Commons Drive Reston, VA 20191 | - | | | Trade Payable | | | | 1,008,622.00 |
| **Account No.** | | | | 2012 | | | | |
| Versatel Niederkasseleer Lohweg 181-183 40547 Dussedorf | - | | | Trade Payable | | | | 19.00 |

Sheet no. __20__ of __23__ sheets attached to Schedule of              Subtotal                | 1,070,303.00 |
Creditors Holding Unsecured Nonpriority Claims                     (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re    **Paxfire, Inc.** _____,    Case No. _____
                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | 2012 - ? Contingent liability under contract. | | | | |
| **Versatel Service GmbH Niederkasseleer Lohweg 181-183 40547 Lusseldorf** | - | | | | X | X | | |
| | | | | | | | | **Unknown** |
| Account No. **Paxf001** | | | | 2012 Trade Payable | | | | |
| **Webcenter 111 Airport Road Warwick, RI 02889** | - | | | | | | | |
| | | | | | | | | **360.00** |
| Account No. | | | | 2012 Trade Payable | | | | |
| **Wide Open West 7887 East Belleview Avenue Suite 1000 Englewood, CO 80111** | - | | | | | | | |
| | | | | | | | | **1,935.00** |
| Account No. | | | | 2012 - ? Contingent liability under contract. | | | | |
| **Wide Open West Finance 7887 East Belleview Avenue Suite 1000 Englewood, CO 80111** | - | | | | X | X | | |
| | | | | | | | | **Unknown** |
| Account No. **29558-007** | | | | 2012 Trade Payable | | | | |
| **Wilson Sonsini Goodrich 650 Page Mill Road Palo Alto, CA 94304-1050** | - | | | | | | | |
| | | | | | | | | **29,589.00** |

Sheet no. __21__ of __23__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**31,884.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Paxfire, Inc.** _____,   Case No. _____
                                                Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | 2012 - ? Contingent liability under contract. | | | | |
| Windstream Communications 4001 Rodney Oarham Road MS: B3F01-87C Little Rock, AR 72212 | - | | | | X | X | | Unknown |
| Account No. | | | | 2012 Trade Payable | | | | |
| Windstream, Corp Procurement 4001 Rodney Oarham Road MS: B3F01-87C Little Rock, AR 72212 | - | | | | | | | 167,016.00 |
| Account No. | | | | 2012 Trade Payable | | | | |
| WispNet 75 Remittance Drive Suite 6613 Chicago, IL 60675 | - | | | | | | | 2.00 |
| Account No. | | | | 2012 - ? Contingent liability under contract. | | | | |
| WispNet Presidenr, Data Services 250 West Main St., Suite 1920 Lexington, KY 40507 | - | | | | X | X | | Unknown |
| Account No. | | | | 2012 Trade Payable | | | | |
| XO 13865 Sunrise Valley Drive Herndon, VA 20171-4661 | - | | | | | | | 4,795.00 |

Sheet no. __22__ of __23__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

171,813.00

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                                          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re     **Paxfire, Inc.**                                                    ,          Case No. _____
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **40000000193458** <br><br> **XO Communications** <br> **8851 Sandy Parkway** <br> **Sandy, UT 84070** | - | | | **2012** <br> **Trade Payable** | | | | 34,937.00 |
| Account No. <br><br> **XO Holdings, Inc.** <br> **11111 Sunset Hills Road** <br> **Reston, VA 20190** | - | | | **2012 - ?** <br> **Contingent liability under contract.** | X | | | Unknown |
| Account No. <br><br> **Zayo** <br> **P.O. BOX 952136** <br> **Dallas, TX 75395-2136** | - | | | **2012** <br> **Trade Payable** | | | | 1,213.00 |
| Account No. <br><br> **Zayo Managed Services, LLC** <br> **Attn: General Counsel** <br> **901 Front Street, Suite 200** <br> **Louisville, CO 80027** | - | | | **2012 - ?** <br> **Contingent liability under contract.** | X | X | | Unknown |
| Account No. <br><br><br><br> | | | | | | | | |

| | | |
|---|---|---|
| Sheet no. __**23**__ of __**23**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal <br> (Total of this page) | 36,150.00 |
| | Total <br> (Report on Summary of Schedules) | 3,196,273.32 |

B6G (Official Form 6G) (12/07)

.

In re    **Paxfire, Inc.**                                                    ,    Case No. _____
                                          Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **01 Communications**<br>**Attn: Brad Jenkins**<br>**1515 K Street, Suite 100**<br>**Sacramento, CA 95814** | **Paxfire Services Agreement.** |
| **Alpha Global Partners Pty Ltd**<br>**1888 Kalakau Avenue**<br>**Honolulu, HI 96815** | **Unexpired sales commission agreement.** |
| **Cavalier Telephone, LLC**<br>**Attn: V.P. Marketing**<br>**2134 West Laburnam Avenue**<br>**Richmond, VA 23227** | **Paxfire Services Agreement.** |
| **Chesapeake Industrial**☐☐<br>**P.O. BOX 128**<br>**Perry Hall, MD 21128-0128** | **Lease of Telephone System/Equipment** |
| **Cincinatti Bell**<br>**221 East Fourth Street**<br>**RPC 103-1600**<br>**Cincinnati, OH 45201** | **Paxfire Services Agreement** |
| **CISP**<br>**Attn: Legal Department**<br>**3035 Moffat Road**<br>**Toledo, OH 43615** | **Paxfire Services Agreement.** |
| **Core Communications**<br>**209 West Street**<br>**Suite 302**<br>**Annapolis, MD 21401** | **Paxfire Services Agreement.** |
| **DynDNS**<br>**1230 Elm Street**<br>**5th Floor**<br>**Manchester, NH 03101** | **Paxfire Services Agreement.** |
| **Earthlink**<br>**1375 Peachtree Street Level A**<br>**Atlanta, GA 30309** | **Paxfire Services Agreement,** |
| **Equinix Australia Pty Ltd**<br>**Co Reg No 09208070264 Unit B**<br>**639 Gardners Road**<br>**Mascot NSW 2020, Australia** | **Lease of Business/Computer Equipment** |

**2**

____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

In re    **Paxfire, Inc.**             ,    Case No. _____

Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

(Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
| --- | --- |
| **Fibernet**<br>**1200 Greenbrier Street**<br>**Charleston, WV 25311** | **Paxfire Services Agreement.** |
| **Frontier Communications**<br>**Attn: Assoc. Gen. Counsel**<br>**180 South Clinton Avenue**<br>**Rochester, NY 14646** | **Paxfire Services Agreement.** |
| **GlobalPops**<br>**625 Mount Lebanon Blvd.**<br>**Pittsburgh, PA 15234** | **Paxfire Services Agreement.** |
| **Hewlett-Packard Financial Svcs**<br>**P.O. Box 403265**<br>**Atlanta, GA 30384-3265** | **Lease of Business/Computer Equipment** |
| **ICOA, Inc.**<br>**Webcenter, Inc**<br>**111 Airport Road**<br>**Warwick, RI 02889** | **Paxfire Services Agreement.** |
| **Mark Lewyn**<br>**6255 North Kensington Street**<br>**Mc Lean, VA 22101** | **Employment Contract** |
| **Megapath**<br>**Attn: Legal Department**<br>**555 Anton Blvd, Suite 200**<br>**Costa Mesa, CA 92626** | **Paxfire Services Agreement.** |
| **New York Connect**<br>**317 Madison Avenue, #907**<br>**New York, NY 10017** | **Paxfire Services Agreement.** |
| **One Communications Corp.**<br>**Attn: General Counsel**<br>**220 Bear Hill Road**<br>**Waltham, MA 02451** | **Paxfire Services Agreement.** |
| **Pac-West Telecomm, Inc.**<br>**4210 Coronado Avenue**<br>**Stockton, CA 95204** | **Paxfire Services Agreement.** |
| **Roger Communications**<br>**333 Bloor Street East, 10th Fl**<br>**Toronto, Ontario M4W 1G9**<br>**Canada** | **Paxfire Services Agreement.** |
| **RRP, LLC**<br>**c/o The Lenkin Co Mgmt Inc.**<br>**4922 St Elmo Avenue**<br>**Bethesda, MD 20814** | **Lease of office space at**<br>**43490 Yukon Drive**<br>**Suite 102**<br>**Asburn, VA** |

Sheet  **1**  of  **2**  continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

In re    **Paxfire, Inc.** _____,    Case No. _____
                                              Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
(Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **ServerPlus, LLC**<br>**Attn: Layne Sisk**<br>**766 South 400 East**<br>**Orem, UT 84097** | **Paxfire Services Agreement.** |
| **Spacenet**<br>**Attn: General Counsel**<br>**1750 Old Meadow Road**<br>**Mc Lean, VA 22102** | **Paxfire Services Agreement.** |
| **Sprint Nextel**<br>**2001 Edmund Halley Drive**<br>**Reston, VA 20191** | **Paxfire Services Agreement.** |
| **T-Mobile**<br>**T-Mobile Bankruptcty Team**<br>**PO Box 53410**<br>**Bellevue, WA 98015-3410** | **Paxfire Services Agreement.** |
| **US Lec Corp.**<br>**Attn: General Counsel**<br>**6801 Morrison Blvd.**<br>**Charlotte, NC 28210** | **Paxfire Services Agreement.** |
| **Verizon**<br>**One Verizon Way**<br>**Basking Ridge, NJ 07920** | **Paxfire Services Agreement.** |
| **Windstream Communications**<br>**4001 Rodney Oarham Road**<br>**MS: B3F01-87C**<br>**Little Rock, AR 72212** | **Paxfire Services Agreement.** |
| **WispNet**<br>**Presidenr, Data Services**<br>**250 West Main St., Suite 1920**<br>**Lexington, KY 40507** | **Paxfire Services Agreement.** |
| **Xerocole**<br>**1942 Broadway Suite 319**<br>**Boulder, CO 80302** | **Paxfire Services Agreement.** |
| **Zayo Managed Services, LLC**<br>**Attn: General Counsel**<br>**901 Front Street, Suite 200**<br>**Louisville, CO 80027** | **Paxfire Services Agreement.** |

Sheet __2__ of __2__ continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

B6H (Official Form 6H) (12/07)

.

In re    **Paxfire, Inc.**                                                              ,      Case No. _____
                                      Debtor

# SCHEDULE H - CODEBTORS

　　Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed
by debtor in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state,
commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or
Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of
any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.  Include all names used
by the nondebtor spouse during the eight years immediately preceding the commencement of this case.  If a minor child is a codebtor or a creditor,
state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not
disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|

**0**
_____ continuation sheets attached to Schedule of Codebtors

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                                                              Best Case Bankruptcy

## United States Bankruptcy Court
### Eastern District of Virginia

In re __Paxfire, Inc.__            Case No. _____
                 Debtor(s)         Chapter   __11__

# BUSINESS INCOME AND EXPENSES

FINANCIAL REVIEW OF THE DEBTOR'S BUSINESS  (NOTE: ONLY INCLUDE information directly related to the business operation.)

**PART A - GROSS BUSINESS INCOME FOR PREVIOUS 12 MONTHS:**

1. Gross Income For 12 Months Prior to Filing:           $ __6,399,703.98__

**PART B - ESTIMATED AVERAGE FUTURE GROSS MONTHLY INCOME:**

2. Gross Monthly Income           $ __200,000.00__

**PART C - ESTIMATED FUTURE MONTHLY EXPENSES:**

| | |
|---|---:|
| 3. Net Employee Payroll (Other Than Debtor) | $ 47,307.00 |
| 4. Payroll Taxes | 1,529.00 |
| 5. Unemployment Taxes | 0.00 |
| 6. Worker's Compensation | 0.00 |
| 7. Other Taxes | 0.00 |
| 8. Inventory Purchases (Including raw materials) | 0.00 |
| 9. Purchase of Feed/Fertilizer/Seed/Spray | 0.00 |
| 10. Rent (Other than debtor's principal residence) | 0.00 |
| 11. Utilities | 700.00 |
| 12. Office Expenses and Supplies | 0.00 |
| 13. Repairs and Maintenance | 0.00 |
| 14. Vehicle Expenses | 0.00 |
| 15. Travel and Entertainment | 0.00 |
| 16. Equipment Rental and Leases | 0.00 |
| 17. Legal/Accounting/Other Professional Fees | 0.00 |
| 18. Insurance | 6,667.00 |
| 19. Employee Benefits (e.g., pension, medical, etc.) | 0.00 |

20. Payments to Be Made Directly By Debtor to Secured Creditors For Pre-Petition Business Debts (Specify):

| DESCRIPTION | TOTAL |
|---|---|
| **ISP Revenue Share** | **142,000.00** |

21. Other (Specify):

| DESCRIPTION | TOTAL |
|---|---|
| **HSa Payment** | **3,000.00** |

22. Total Monthly Expenses (Add items 3-21)           $ __201,203.00__

**PART D - ESTIMATED AVERAGE NET MONTHLY INCOME:**

23. AVERAGE NET MONTHLY INCOME (Subtract item 22 from item 2)           $ __-1,203.00__

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Eastern District of Virginia

In re    **Paxfire, Inc.**
_____
                                    Debtor(s)

Case No. _____

Chapter    **11**    _____

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

          I, the President of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___**52**___ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date   **December 14, 2012**_____

Signature   **/s/ Mark Lewyn**_____
            **Mark Lewyn**
            **President**

_Penalty for making a false statement or concealing property:_  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

B7 (Official Form 7) (12/12)

# United States Bankruptcy Court
### Eastern District of Virginia

In re **Paxfire, Inc.**

Debtor(s)

Case No. _____

Chapter **11**

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.  To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### DEFINITIONS

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any persons in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(2), (31).

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $6,399,703.98 | **2012 - Income from Business Operations** |
| $11,151,201.46 | **2011 - Income from Business Operations** |
| $18,556,739.00 | **2010 - Income from Business Operations** |

B 7 (12/12)                                                                                                                    2

---

**2. Income other than from employment or operation of business**

None
☐

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
| --- | --- |
| **$200,000.00** | **General Journal** |
|  | **5/4/2012** |
|  | **Money from Patent Sold** |

---

**3. Payments to creditors**

None
■

*Complete a. or b., as appropriate, and c.*

a.    *Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
| --- | --- | --- | --- |

None
☐

b.    *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
| --- | --- | --- | --- |
| **Miscellaneous** | **See attached Check Register for disbursements made within 90 days of filing.** | **$0.00** | **$0.00** |

None
■

c.    *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
| --- | --- | --- | --- |

---

**4.  Suits and administrative proceedings, executions, garnishments and attachments**

None
☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
| --- | --- | --- | --- |
| **Paxfire, Inc. v. Namespace Strategy Group, LLC** | **Lawsuit** | **United States District Court, Southern District of New York** | **Pending** |

---

* *Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

B 7 (12/12)                                                                                         3

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **DN Lookup Technologies, LLC v. Paxfire Inc. Case #1:12-cv-00296-UNA** | **Complaint for Patent Infringement** | **United States District Court, District of Delaware** | **Pending** |
| **Charter Communications Operating, LLC v. Paxfire, Inc. JAMS No. 1340007737** | **Arbitration Proceeding** | **JAMS** | **Arbitration award entered against Paxfire.** |
| **Paxfire, Inc. v. Charter Communications Operating, Inc. Case No. 73471** | **Lawsuit** | **Commonwealth of Virginia, Loudoun Circuit Court** | **Pending** |
| **Feist v. RCN Corp. and Paxfire, Inc. Case No. 11 CIV 5836 (JGK)** | **Lawsuit** | **Southern District of New York** | **Pending** |
| **Feist v. RCN Corp. and Paxfire, Inc. Case No. 1:12-mc-91164** | **Lawsuit** | **D. Mass** | **Pending** |
| **Feist v. RCN Corp. and Paxfire, Inc. Case No. 12-cv-80119 SI** | **Lawsuit** | **NC, N.C. Ca.** | **Pending** |
| **Feist v. RCN Corp. and Paxfire, Inc. Case No. 12-cv-80135 SI** | **Lawsuit** | **NC, N.D. Ca.** | **Pending** |
| **Feist v. RCN Corp. and Paxfire, Inc. Case No. 12-cv-80121 SI** | **Lawsuit** | **NC, N.D. Ca.** | **Pending** |
| **Feist v. RCN Corp. and Paxfire, Inc. Case No. 12-cv-80140 SI** | **Lawsuit** | **NC, N.D Ca.** | **Pending** |
| **Meyer & Heeder GmbH & Co. KG v. Paxfire, Inc.** | **Lawsuit** | **Circuit Court of Loudoun County (Virginia)** | **Pending** |

None
■      b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

---

**5. Repossessions, foreclosures and returns**

None
■      List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

---

**6. Assignments and receiverships**

None
■      a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

B 7 (12/12)                                                                                          4

None
■

b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

**7. Gifts**

None
■

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

**8. Losses**

None
■

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

**9. Payments related to debt counseling or bankruptcy**

None
☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Henry & O'Donnell, P.C.**<br>**300 N. Washington St.**<br>**Suite 204**<br>**Alexandria, VA 22314** | **Sept, 25, 2012 and Dec. 11, 2012.** | **$10,000 and $30,000 in retainers.** |

**10. Other transfers**

None
■

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None
■

b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

B 7 (12/12)                                                                                            5

**11.  Closed financial accounts**

None  ■

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
| --- | --- | --- |

**12.  Safe deposit boxes**

None  ■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
| --- | --- | --- | --- |

**13.  Setoffs**

None  ■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
| --- | --- | --- |

**14.  Property held for another person**

None  ■

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
| --- | --- | --- |

**15.  Prior address of debtor**

None  ☐

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
| --- | --- | --- |
| **45665 Willow Pond Plaza Sterling, VA 20164** | **Paxfire, Inc.** | **2006-2012** |

**16. Spouses and Former Spouses**

None  ■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

B 7 (12/12)

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■   a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■   b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■   c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**

None
☐   a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **Navit, Inc.** | | **43490 Yukon Drive Ashburn, VA 20147** | **Wholly owned subsidiary engaged in development of intellectual property rights.** | **2009 - present** |

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **Almar Networks, Inc.** | | **43490 Yukon Drive Suite 102 Ashburn, VA 20147** | **Wholly owned subsidiary engaged in intellectual property development.** | **2008 - present** |

None
■       b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

NAME                                                              ADDRESS

---

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

---

### 19. Books, records and financial statements

None
☐       a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS                                                                          DATES SERVICES RENDERED
**Amy Kemon**                                                                            **2005 - Present**
**19367 Wrenbury Lane**
**Leesburg, VA 20175**

None
☐       b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

NAME                              ADDRESS                                                DATES SERVICES RENDERED
**Boyle & Company, PA**           **97 Thomas Johnson Drive, Suite 203**                 **2005 - Present**
                                  **Frederick, MD 21702**

None
☐       c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME                                                              ADDRESS
**Mark Lewyn**                                                    **6255 North Kensington Street
                                                                  Mc Lean, VA 22101**

**Doug Armentrout**                                               **16790 Michelson Drive
                                                                  Purcellville, VA 20132**

**Amy Kemon**                                                     **19367 Wrenbury Lane
                                                                  Leesburg, VA 20175**

**Boyle & Company**                                               **97 Thomas Johnson Drive, Suite 203
                                                                  Frederick, MD 21702**

None
☐       d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

B 7 (12/12)                                                                                               8

| NAME AND ADDRESS | DATE ISSUED |
|---|---|
| **Dun & Bradstreet** | **2010** |
| **McManamey & McManamey** | **2011, 2012** |

---

### 20. Inventories

None ■  a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|

None ■  b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|

---

### 21 . Current Partners, Officers, Directors and Shareholders

None ■  a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None ☐  b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| **Mark Lewyn**<br>**6255 North Kensington Street**<br>**Mc Lean, VA 22101** | **President** | **Greater than 5%** |
| **Doug Armentrout**<br>**16790 Michelson Drive**<br>**Purcellville, VA 20132** | **Chief Operating Officer** | |
| **Vivian Boswell**<br>**7312 Iron Bit Drive**<br>**Warrenton, VA 20186** | **Vice President** | |
| **Alan Sullivan**<br>**17567 Tobermory Place**<br>**Leesburg, VA 20175** | **Shareholder** | **Greater than 5%** |
| **Sezen Uysal**<br>**45999 Center Oak Plaza, Suite 100**<br>**Sterling, VA 20166** | **Shareholder** | **Greater than 5%** |
| **On Demand Venture Fund, LLC**<br>**c/o Halsey Minor**<br>**Le Petit Trianon**<br>**3800 Washington Street**<br>**San Francisco, CA 94118** | **Shareholder** | **Greater than 5%** |

B 7 (12/12)                                                                                                          9

---

**22 . Former partners, officers, directors and shareholders**

None
☐
a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|------|---------|--------------------|
| **Halsey Minor** | **Le Petit Trianon**<br>**3800 Washington Street**<br>**San Francisco, CA 94118** | **Director** |

None
■
b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|------------------|-------|---------------------|

---

**23 . Withdrawals from a partnership or distributions by a corporation**

None
☐
If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Mark Lewyn**<br>**6255 North Kensington Street**<br>**Mc Lean, VA 22101**<br>   **Officer & Shareholder** | **Annual compensation paid during the past year.** | **$201,934.72** |
| **Doug Armentrout**<br>**16790 Michelson Drive**<br>**Purcellville, VA 20132**<br>   **Officer** | **Annual compensation paid during the past year** | **$176,372.60** |
| **Vivian F. Ramsey-Boswell**<br>**7312 Iron Bit Drive**<br>**Warrenton, VA 20186**<br>   **Officer** | **Annual compensation paid during the past year.** | **$108,649.52** |

---

**24. Tax Consolidation Group.**

None
■
If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|----------------------------|--------------------------------------|

---

**25. Pension Funds.**

None
☐
If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|----------------------|--------------------------------------|
| **Paxfire 401K Plan** | **20-1581859** |

* * * * * *

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

B 7 (12/12)                                                                                                  10

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto
and that they are true and correct to the best of my knowledge, information and belief.


Date   **December 14, 2012**                        Signature   **/s/ Mark Lewyn**
                                                                **Mark Lewyn**
                                                                **President**


[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]


*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

**Paxfire, Inc.**
**Supplement to Question #3(b), Statement of Fin. Affairs**

Paxfire, Inc.
**Transactions by Account**
As of December 10, 2012

| Type | Date | Num | Name | Memo | Amount |
|------|------|-----|------|------|--------|

**Bank of America - Checking**

| Type | Date | Num | Name | Memo | Amount |
|------|------|-----|------|------|--------|
| Paycheck | 09/10/2012 | 10534 | Amy S Kemon | Direct Deposit | 0.00 |
| Paycheck | 09/10/2012 | 10535 | Doug Armentrout | Direct Deposit | 0.00 |
| Paycheck | 09/10/2012 | 10536 | Mark Lewyn | Direct Deposit | 0.00 |
| Bill Pmt -Check | 09/11/2012 | 10544 | Chesapeake Industrial Leasing | | -885.65 |
| Bill Pmt -Check | 09/11/2012 | 10545 | Co-Location.com Inc. | August 2012 Level (3) Bandwith - Additional | -146.77 |
| Bill Pmt -Check | 09/11/2012 | 10546 | Deer Park | Account No# 0435042387 | -52.08 |
| Bill Pmt -Check | 09/11/2012 | 10547 | Hewlett-Packard Financial Services Co | Customer No#: 2656700800 | -1,155.01 |
| Bill Pmt -Check | 09/11/2012 | 10548 | Lawrence Guidry | Billable hours  8/1/12-8/31/12 | -1,162.50 |
| Bill Pmt -Check | 09/11/2012 | 10549 | Stephen Platt | Feist vs RCN and Paxfire | -1,437.50 |
| Bill Pmt -Check | 09/11/2012 | 10550 | Veritext New York Reporting Co | | -1,871.55 |
| Bill Pmt -Check | 09/11/2012 | 10551 | Verizon | Account number 0007321123407 79Y | -323.89 |
| Bill Pmt -Check | 09/11/2012 | 10552 | Verizon Wireless | Account No# 520115095-00001 | -931.03 |
| Check | 09/11/2012 | DD | Employee Fiduciary | PR 9/7/12 and 9/10/12 | -2,689.46 |
| Check | 09/11/2012 | Wire | Mellon Bank | PR 9/7/12 and PR 9/10/12 | -425.00 |
| Payment | 09/14/2012 | | BareFruit | | 191,218.37 |
| Check | 09/17/2012 | | | Service Charge | -361.31 |
| Bill Pmt -Check | 09/18/2012 | 10558 | Andrew Grosso & Associates | | -1,860.63 |
| Bill Pmt -Check | 09/18/2012 | 10559 | AT&T Mobility | Account No# 870697208 | -1,028.76 |
| Bill Pmt -Check | 09/18/2012 | 10560 | Boyle & Company | Work to date on 2011 C-corp tax return | -1,313.75 |
| Bill Pmt -Check | 09/18/2012 | 10561 | Co-Location.com Inc. | October 2012 Level (3) Bandwith - Additional | -1,127.50 |
| Bill Pmt -Check | 09/18/2012 | 10562 | County Of Loudoun | | -5,960.55 |
| Bill Pmt -Check | 09/18/2012 | 10563 | Dominion Virginia Power | Account No. 5168837366 | -1,062.28 |
| Bill Pmt -Check | 09/18/2012 | 10564 | Fedex | Account Number 2732-7716-1 | -338.18 |
| Bill Pmt -Check | 09/18/2012 | 10565 | Foundation IP | | -650.00 |
| Deposit | 09/19/2012 | | | Deposit | 55.00 |
| Payment | 09/19/2012 | 1845 | Xerocole | | 438,340.24 |
| Liability Check | 09/20/2012 | | Quickbooks Payroll | Created by Payroll Service on 09/18/2012 | -20,149.95 |
| Liability Check | 09/20/2012 | | Quickbooks Payroll | Created by Payroll Service on 09/18/2012 | -8,149.18 |
| Paycheck | 09/21/2012 | 10553 | Amy S Kemon | Direct Deposit | 0.00 |
| Paycheck | 09/21/2012 | 10554 | Doug Armentrout | Direct Deposit | 0.00 |
| Paycheck | 09/21/2012 | 10555 | Mark Lewyn | Direct Deposit | 0.00 |
| Paycheck | 09/21/2012 | 10556 | Meenakshi R Bangad | Direct Deposit | 0.00 |

10:49 AM
12/10/12
Accrual Basis

Case 12-17341-RGM   Doc 1   Filed 12/14/12   Entered 12/14/12 17:57:06   Desc Main
Document   Page 74 of 98

Faxfire, Inc.
Transactions by Account
As of December 10, 2012

| Type | Date | Num | Name | Memo | Amount |
|------|------|-----|------|------|--------|
| Paycheck | 09/21/2012 | 10557 | Syed K Rizvi | Direct Deposit | 0.00 |
| Liability Check | 09/21/2012 | | Quickbooks Payroll | Created by Payroll Service on 09/19/2012 | -13,581.31 |
| Liability Check | 09/21/2012 | | Quickbooks Payroll | Created by Payroll Service on 09/19/2012 | -3,094.49 |
| Paycheck | 09/21/2012 | 10569 | Syed K Rizvi | Direct Deposit | 0.00 |
| Check | 09/21/2012 | DD | Employee Fiduciary | PR 9/21/12 and PR 9/24/12 | -3,315.40 |
| Check | 09/21/2012 | Wire | Mellon Bank | PR 9/21/12 and PR 9/24/12 | -110.00 |
| Paycheck | 09/24/2012 | 10566 | Amy S Kemon | Direct Deposit | 0.00 |
| Paycheck | 09/24/2012 | 10567 | Doug Armentrout | Direct Deposit | 0.00 |
| Paycheck | 09/24/2012 | 10568 | Mark Lewyn | Direct Deposit | 0.00 |
| Bill Pmt -Check | 09/25/2012 | 10570 | Andrew Grosso & Associates | | -15,000.00 |
| Bill Pmt -Check | 09/25/2012 | 10571 | Internap Network Services | | -8,668.14 |
| Bill Pmt -Check | 09/25/2012 | 10572 | Anthem | Account Number 76265-001 | -8,586.40 |
| Bill Pmt -Check | 09/25/2012 | 10573 | Dominion Business Law PLC | May - August 2012 | -981.31 |
| Bill Pmt -Check | 09/25/2012 | 10574 | Equinix Australia | VOID: | 0.00 |
| Bill Pmt -Check | 09/25/2012 | 10575 | Equinix, Inc. | Rental charges for Ashburn VA IBX Center | -1,611.00 |
| Bill Pmt -Check | 09/25/2012 | 10576 | Esquire Deposition Solutions LLC | | -1,750.91 |
| Bill Pmt -Check | 09/25/2012 | 10577 | RRP, LLC | October 2012 Rent | -11,537.16 |
| Bill Pmt -Check | 09/25/2012 | 10578 | Henry & O'Donnell PC | Retainer | -10,000.00 |
| Bill Pmt -Check | 09/25/2012 | 10605 | Guardian | Group ID 00460692 | -2,119.62 |
| Bill Pmt -Check | 09/26/2012 | 10579 | Cavalier Telephone | May12Xcact | -1,078.44 |
| Bill Pmt -Check | 09/26/2012 | 10580 | Cincinnati Bell Telephone, LLC | | -6,423.26 |
| Bill Pmt -Check | 09/26/2012 | 10581 | Cisp | | -89.56 |
| Bill Pmt -Check | 09/26/2012 | 10582 | Cogent | VOID: | 0.00 |
| Bill Pmt -Check | 09/26/2012 | 10583 | DynDNS | | -533.14 |
| Bill Pmt -Check | 09/26/2012 | 10584 | ENAI | | -327.77 |
| Bill Pmt -Check | 09/26/2012 | 10585 | Fibernet | May12Xcact | -36.39 |
| Bill Pmt -Check | 09/26/2012 | 10586 | Frontier - Rev Share | | -1,711.08 |
| Bill Pmt -Check | 09/26/2012 | 10587 | GLobalPops | May12Xcact | -564.87 |
| Bill Pmt -Check | 09/26/2012 | 10588 | Hughes Network Systems, LLC | | -212.15 |
| Bill Pmt -Check | 09/26/2012 | 10589 | IBBS | VOID: | 0.00 |
| Bill Pmt -Check | 09/26/2012 | 10590 | Insight Communications | | -22.67 |
| Bill Pmt -Check | 09/26/2012 | 10591 | LocalNet | May12Xcact | -0.05 |
| Bill Pmt -Check | 09/26/2012 | 10592 | Megapath | | -123.38 |

10:49 AM
12/10/12
Accrual Basis

Case 12-17341-RGM    Doc 1    Filed 12/14/12    Entered 12/14/12 17:57:06    Desc Main
Document    Page 75 of 98

Faxfire, Inc.
Transactions by Account
As of December 10, 2012

| Type | Date | Num | Name | Memo | Amount |
|------|------|-----|------|------|--------|
| Bill Pmt -Check | 09/26/2012 | 10593 | One Communications Corp | | -530.89 |
| Bill Pmt -Check | 09/26/2012 | 10594 | Primus | VOID: May12Bfyhact | 0.00 |
| Bill Pmt -Check | 09/26/2012 | 10595 | RCN | | -16.29 |
| Bill Pmt -Check | 09/26/2012 | 10596 | ServerPlus | May12Xcact | -67.23 |
| Bill Pmt -Check | 09/26/2012 | 10597 | Spacenet, Inc. | | -57.30 |
| Bill Pmt -Check | 09/26/2012 | 10598 | Sprint Mobile | | -929.20 |
| Bill Pmt -Check | 09/26/2012 | 10599 | TelePacific | | -11.09 |
| Bill Pmt -Check | 09/26/2012 | 10600 | Time Warner | | -1.05 |
| Bill Pmt -Check | 09/26/2012 | 10601 | TMobile | | -30,556.10 |
| Bill Pmt -Check | 09/26/2012 | 10602 | US Lec | | -2,329.61 |
| Bill Pmt -Check | 09/26/2012 | 10603 | Verizon Business | VOID: C1024007 | 0.00 |
| Bill Pmt -Check | 09/26/2012 | 10604 | Zayo | May12Xcact | -122.01 |
| Bill Pmt -Check | 09/26/2012 | | Earthlink | VOID: | 0.00 |
| Bill Pmt -Check | 09/26/2012 | | Verizon Res | VOID: | 0.00 |
| Payment | 09/26/2012 | 2711 | Admedia | | 1,298.49 |
| Payment | 09/26/2012 | 13022 | Jumptap | | 7,288.35 |
| Payment | 09/26/2012 | | Ebay | | 1,832.18 |
| Bill Pmt -Check | 09/28/2012 | Wire | 01 Communications | | -79.58 |
| Bill Pmt -Check | 09/28/2012 | Wire | Optus | May12Xcact | -7,083.20 |
| Bill Pmt -Check | 09/28/2012 | Wire | Rogers | | -7,057.41 |
| Bill Pmt -Check | 09/28/2012 | Wire | Windstream | | -56,090.16 |
| Bill Pmt -Check | 09/28/2012 | Wire | Alpha Global Partners | June 2012 - Optus | -230.00 |
| Payment | 09/28/2012 | | Amazon | | 1,030.88 |
| Payment | 10/01/2012 | | Adknowledge | | 120.40 |
| Bill Pmt -Check | 10/02/2012 | 10606 | Andrew Grosso & Associates | | -2,137.94 |
| Bill Pmt -Check | 10/02/2012 | 10607 | Foundation IP | Account Number US3700521 | -325.00 |
| Bill Pmt -Check | 10/02/2012 | 10608 | McManamey & McManamey | Package, Umbrella, Workers Comp rfom 9/22/1: | -10,875.00 |
| Bill Pmt -Check | 10/02/2012 | 10609 | Sprint | 457442396 | -224.80 |
| Bill Pmt -Check | 10/02/2012 | 10610 | Veritext New York Reporting Co | | -1,928.46 |
| Bill Pmt -Check | 10/02/2012 | 10611 | XO Communications | | -2,216.33 |
| Bill Pmt -Check | 10/02/2012 | 10612 | American Express | Account Number 3787-509164-01007 | -5,482.84 |
| Bill Pmt -Check | 10/02/2012 | 10613 | Andrew Grosso & Associates | Feist - June 2012 | -44,134.50 |
| Bill Pmt -Check | 10/02/2012 | 10614 | Andrew Grosso & Associates | Feist - July 2012 | -35,955.00 |

**Faxfire, Inc.**
**Transactions by Account**
**As of December 10, 2012**

| Type | Date | Num | Name | Memo | Amount |
|------|------|-----|------|------|--------|
| Bill Pmt -Check | 10/02/2012 | 10615 | Andrew Grosso & Associates | Feist - August 2012 | -36,543.50 |
| Liability Check | 10/04/2012 | | Quickbooks Payroll | Created by Payroll Service on 10/01/2012 | -28,041.49 |
| Paycheck | 10/05/2012 | 10616 | Amy S Kemon | Direct Deposit | 0.00 |
| Paycheck | 10/05/2012 | 10617 | Doug Armentrout | Direct Deposit | 0.00 |
| Paycheck | 10/05/2012 | 10618 | Mark Lewyn | Direct Deposit | 0.00 |
| Paycheck | 10/05/2012 | 10619 | Meenakshi R Bangad | Direct Deposit | 0.00 |
| Paycheck | 10/05/2012 | 10620 | Syed K Rizvi | Direct Deposit | 0.00 |
| Liability Check | 10/05/2012 | | Quickbooks Payroll | Created by Payroll Service on 10/01/2012 | -11,965.42 |
| Paycheck | 10/05/2012 | 10624 | Syed K Rizvi | | 0.00 |
| Paycheck | 10/09/2012 | 10621 | Amy S Kemon | Direct Deposit | 0.00 |
| Paycheck | 10/09/2012 | 10622 | Doug Armentrout | | -4,852.65 |
| Paycheck | 10/09/2012 | 10623 | Mark Lewyn | Direct Deposit | 0.00 |
| Check | 10/09/2012 | 10624 | Meenakshi R Bangad | Expenses | -220.00 |
| Bill Pmt -Check | 10/09/2012 | 10625 | Andrew Grosso & Associates | Feist case | -25,783.00 |
| Bill Pmt -Check | 10/09/2012 | 10626 | Broadview Networks | Account NUmber 703-318-AAAF 332 | -5.77 |
| Bill Pmt -Check | 10/09/2012 | 10627 | Chesapeake Industrial Leasing | VOID: | 0.00 |
| Bill Pmt -Check | 10/09/2012 | 10628 | Employee Fiduciary | Plan services fees for the 4th quarter | -405.47 |
| Bill Pmt -Check | 10/09/2012 | 10629 | Expedient | VOID: | 0.00 |
| Bill Pmt -Check | 10/09/2012 | 10630 | Fedex | Account Number 2732-7716-1 | -62.38 |
| Bill Pmt -Check | 10/09/2012 | 10631 | Hewlett-Packard Financial Services Co | Customer No#: 2656700800 | -1,784.84 |
| Bill Pmt -Check | 10/09/2012 | 10632 | Veritext New York Reporting Co | Betsy Feist vs RCN | -315.75 |
| Bill Pmt -Check | 10/09/2012 | 10633 | Verizon Wireless | Account No# 520115095-00001 | -1,004.23 |
| Bill Pmt -Check | 10/09/2012 | 10634 | Vladislav Staroselskiy Consulting | Services on Sept 25 2012 | -127.50 |
| Check | 10/10/2012 | DD | Employee Fiduciary | PR 10/5/12 and PR 10/9/12 | -3,339.44 |
| Check | 10/10/2012 | Wire | Mellon Bank | PR 10/5/12 and 10/9/12 | -110.00 |
| Liability Check | 10/11/2012 | | Quickbooks Payroll | Created by Payroll Service on 10/10/2012 | -1.50 |
| Payment | 10/15/2012 | | BareFruit | | 67,114.86 |
| Check | 10/15/2012 | | | Service Charge | -260.78 |
| Bill Pmt -Check | 10/16/2012 | 10635 | Andrew Grosso & Associates | Feist case - Expenses July - Septmber 2012 | -317.18 |
| Bill Pmt -Check | 10/16/2012 | 10636 | AT&T Mobility | Account No# 870697208 | -1,209.26 |
| Bill Pmt -Check | 10/16/2012 | 10637 | James A Moody | Feist case | -12,293.50 |
| Bill Pmt -Check | 10/16/2012 | 10638 | Verizon | Account number 0007321123407 79Y | -323.89 |
| Payment | 10/17/2012 | 1862 | Xerocole | | 435,471.98 |

10:49 AM
12/10/12
Accrual Basis

**Paxfire, Inc.**
**Transactions by Account**
As of December 10, 2012

| Type | Date | Num | Name | Memo | Amount |
|------|------|-----|------|------|--------|
| Deposit | 10/17/2012 | | | Deposit | 191.00 |
| Payment | 10/17/2012 | 13228 | Jumptap | | 2,936.76 |
| Liability Check | 10/18/2012 | | Quickbooks Payroll | Created by Payroll Service on 10/16/2012 | -28,047.47 |
| Liability Check | 10/19/2012 | | Quickbooks Payroll | Created by Payroll Service on 10/16/2012 | -9,152.34 |
| Paycheck | 10/19/2012 | 10642 | Amy S Kemon | Direct Deposit | 0.00 |
| Paycheck | 10/19/2012 | 10643 | Doug Armentrout | Direct Deposit | 0.00 |
| Paycheck | 10/19/2012 | 10644 | Mark Lewyn | Direct Deposit | 0.00 |
| Paycheck | 10/19/2012 | 10645 | Meenakshi R Bangad | Direct Deposit | 0.00 |
| Paycheck | 10/19/2012 | 10646 | Syed K Rizvi | Direct Deposit | 0.00 |
| Paycheck | 10/22/2012 | 10639 | Amy S Kemon | Direct Deposit | 0.00 |
| Paycheck | 10/22/2012 | 10640 | Doug Armentrout | Direct Deposit | 0.00 |
| Paycheck | 10/22/2012 | 10641 | Mark Lewyn | Direct Deposit | 0.00 |
| Check | 10/22/2012 | DD | Employee Fiduciary | PR 10/19/12 and PR 10/22/12 | -3,182.71 |
| Bill Pmt -Check | 10/23/2012 | 10647 | Boyle & Company | Work to date on 2011 C-corp tax return | -550.00 |
| Bill Pmt -Check | 10/23/2012 | 10648 | Dominion Virginia Power | Account No. 5168837366 | -860.65 |
| Bill Pmt -Check | 10/23/2012 | 10649 | Internap Network Services | VOID: October 2012 | 0.00 |
| Transfer | 10/23/2012 | | | Funds Transfer | -300,000.00 |
| Check | 10/23/2012 | Wire | Mellon Bank | PR 10/19/22 and 10/22/12 | -110.00 |
| Bill Pmt -Check | 10/24/2012 | Wire | Optus | Jun12Xcact | -6,900.02 |
| Bill Pmt -Check | 10/24/2012 | Wire | Alpha Global Partners | July 2012 - Optus | -152.59 |
| Bill Pmt -Check | 10/25/2012 | Wire | 01 Communications | | -60.31 |
| Bill Pmt -Check | 10/25/2012 | Wire | Windstream | | -41,275.54 |
| Bill Pmt -Check | 10/25/2012 | 10650 | Cavalier Telephone | Jun12Xcact | -1,231.68 |
| Bill Pmt -Check | 10/25/2012 | 10651 | Cincinnati Bell Telephone, LLC | | -7,550.18 |
| Bill Pmt -Check | 10/25/2012 | 10652 | Cisp | VOID: Jun12Xcact | 0.00 |
| Bill Pmt -Check | 10/25/2012 | 10653 | CoreTel | VOID: May12Adact | 0.00 |
| Bill Pmt -Check | 10/25/2012 | 10654 | DynDNS | | -1,513.97 |
| Bill Pmt -Check | 10/25/2012 | 10655 | ENAI | VOID: | 0.00 |
| Bill Pmt -Check | 10/25/2012 | 10656 | Fibernet | VOID: Jun12Xcact | 0.00 |
| Bill Pmt -Check | 10/25/2012 | 10657 | GLobalPops | VOID: | 0.00 |
| Bill Pmt -Check | 10/25/2012 | 10658 | Hughes Network Systems, LLC | VOID: | 0.00 |
| Bill Pmt -Check | 10/25/2012 | 10659 | Insight Communications | VOID: | 0.00 |
| Bill Pmt -Check | 10/25/2012 | 10660 | Megapath | VOID: Jun12Xcact | 0.00 |

10:49 AM
12/10/12
Accrual Basis

Case 12-17341-RGM   Doc 1   Filed 12/14/12   Entered 12/14/12 17:57:06   Desc Main
Document   Page 78 of 98

Paxfire, Inc.
Transactions by Account
As of December 10, 2012

| Type | Date | Num | Name | Memo | Amount |
|---|---|---|---|---|---|
| Bill Pmt -Check | 10/25/2012 | 10661 | One Communications Corp | VOID: | 0.00 |
| Bill Pmt -Check | 10/25/2012 | 10662 | Primus | VOID: Jun12Xcact | 0.00 |
| Bill Pmt -Check | 10/25/2012 | 10663 | RCN | VOID: June12BFcpaact | 0.00 |
| Bill Pmt -Check | 10/25/2012 | 10664 | ServerPlus | VOID: Jun12Xcact | 0.00 |
| Bill Pmt -Check | 10/25/2012 | 10665 | Spacenet, Inc. | VOID: | 0.00 |
| Bill Pmt -Check | 10/25/2012 | 10666 | Sprint Mobile | | -1,153.66 |
| Bill Pmt -Check | 10/25/2012 | 10667 | TelePacific | VOID: | 0.00 |
| Bill Pmt -Check | 10/25/2012 | 10668 | Time Warner | VOID: | 0.00 |
| Bill Pmt -Check | 10/25/2012 | 10669 | TMobile | | -32,384.22 |
| Bill Pmt -Check | 10/25/2012 | 10670 | US Lec | | -2,655.48 |
| Bill Pmt -Check | 10/25/2012 | 10671 | WideOpenWest Finance, LLC | VOID: May12Amact | 0.00 |
| Bill Pmt -Check | 10/25/2012 | 10672 | Zayo | VOID: Jun12Xcact | 0.00 |
| Payment | 10/25/2012 | 70246973 | Frontier | | 36,781.00 |
| Payment | 10/25/2012 | 2801 | Admedia | | 1,273.95 |
| Payment | 10/26/2012 | | Ebay | | 1,584.02 |
| Bill Pmt -Check | 10/30/2012 | 10678 | Anthem | Account Number 76265-001 | -8,586.40 |
| Bill Pmt -Check | 10/30/2012 | 10679 | Guardian | Group ID 00460692 | -2,119.62 |
| Bill Pmt -Check | 10/30/2012 | 10680 | Hewlett-Packard Financial Services Co | VOID: Customer No#: 2656700800 | 0.00 |
| Bill Pmt -Check | 10/30/2012 | 10681 | RRP, LLC | November 2012 Rent | -11,537.16 |
| Bill Pmt -Check | 10/30/2012 | 10682 | Sprint | 457442396 | -225.20 |
| Bill Pmt -Check | 10/30/2012 | 10683 | XO Communications | VOID: | 0.00 |
| Payment | 10/31/2012 | | Amazon | | 1,082.69 |
| Liability Check | 11/01/2012 | | Quickbooks Payroll | Created by Payroll Service on 10/29/2012 | -25,255.37 |
| Bill Pmt -Check | 11/01/2012 | WIRE | Rogers | | -20,878.80 |
| Check | 11/01/2012 | DD | Employee Fiduciary | PR 11/2/12 | -2,173.02 |
| Check | 11/01/2012 | WIRE | Mellon Bank | PR 11/2/12 | -85.00 |
| Payment | 11/01/2012 | | Adknowledge | | 1,551.48 |
| Paycheck | 11/02/2012 | 10673 | Amy S Kemon | Direct Deposit | 0.00 |
| Paycheck | 11/02/2012 | 10674 | Doug Armentrout | Direct Deposit | 0.00 |
| Paycheck | 11/02/2012 | 10675 | Mark Lewyn | Direct Deposit | 0.00 |
| Paycheck | 11/02/2012 | 10676 | Meenakshi R Bangad | Direct Deposit | 0.00 |
| Paycheck | 11/02/2012 | 10677 | Syed K Rizvi | Direct Deposit | 0.00 |
| Check | 11/06/2012 | 10684 | Amy S Kemon | Expense Report | -693.74 |

Faxfire, Inc.
## Transactions by Account
As of December 10, 2012

10:49 AM
12/10/12
Accrual Basis

| Type | Date | Num | Name | Memo | Amount |
|------|------|-----|------|------|--------|
| Bill Pmt -Check | 11/06/2012 | 10685 | American Express | Account Number 3787-509164-01007 | -1,043.25 |
| Bill Pmt -Check | 11/06/2012 | 10686 | Andrew Grosso & Associates | Feist case | -14,994.16 |
| Bill Pmt -Check | 11/06/2012 | 10687 | Broadview Networks | Account NUmber 703-318-AAAF 332 | -5.78 |
| Bill Pmt -Check | 11/06/2012 | 10688 | Chesapeake Industrial Leasing | VOID: | 0.00 |
| Bill Pmt -Check | 11/06/2012 | 10689 | Deer Park | Account No# 0435042387 | -61.61 |
| Bill Pmt -Check | 11/06/2012 | 10690 | Foundation IP | VOID: Account Number US3700521 | 0.00 |
| Bill Pmt -Check | 11/06/2012 | 10691 | McManamey & McManamey | | -9,782.43 |
| Bill Pmt -Check | 11/06/2012 | 10692 | Verizon | Account number 0007321123407 79Y | -324.68 |
| Bill Pmt -Check | 11/06/2012 | 10693 | Verizon Wireless | Account No# 520115095-00001 | -857.43 |
| Bill Pmt -Check | 11/13/2012 | 10694 | Andrew Grosso & Associates | 11/5 and 11/6 San Francisco | -364.83 |
| Bill Pmt -Check | 11/13/2012 | 10695 | Treasurer of Virginia | Annual Registration Fee - F162361-2 | -1,700.00 |
| Bill Pmt -Check | 11/13/2012 | 10707 | AT&T Mobility | Account No# 870697208 | -22.91 |
| Bill Pmt -Check | 11/13/2012 | 10708 | Lawrence Guidry | Billable hours 11/9/12 | -375.00 |
| General Journal | 11/14/2012 | R | Matthew B Kirn | Reverse of GJE  -- For CHK 10106 voided on 11 | 97.90 |
| Payment | 11/14/2012 | | BareFruit | | 3,306.47 |
| Liability Check | 11/15/2012 | | Quickbooks Payroll | Created by Payroll Service on 11/14/2012 | -20,620.96 |
| Check | 11/15/2012 | | | Service Charge | -212.37 |
| Liability Check | 11/16/2012 | | Quickbooks Payroll | Created by Payroll Service on 11/13/2012 | -19,618.42 |
| Paycheck | 11/16/2012 | 10703 | Meenakshi R Bangad | Direct Deposit | 0.00 |
| Paycheck | 11/16/2012 | 10700 | Amy S Kemon | Direct Deposit | 0.00 |
| Paycheck | 11/16/2012 | 10701 | Doug Armentrout | Direct Deposit | 0.00 |
| Paycheck | 11/16/2012 | 10702 | Mark Lewyn | Direct Deposit | 0.00 |
| Paycheck | 11/16/2012 | 10704 | Syed K Rizvi | Direct Deposit | 0.00 |
| Check | 11/16/2012 | DD | Employee Fiduciary | PR 11/16/12 | -4,444.77 |
| Bill Pmt -Check | 11/16/2012 | 10709 | Andrew Grosso & Associates | October 12 additional expenses | -137.00 |
| Bill Pmt -Check | 11/16/2012 | 10710 | Co-Location.com Inc. | November 2012 Level (3) Bandwith - Additional | -225.50 |
| Bill Pmt -Check | 11/16/2012 | 10711 | Andrew Grosso & Associates | November 12 expenses | -93.28 |
| Bill Pmt -Check | 11/16/2012 | 10712 | McManamey & McManamey | D&O - 10/31/2012-10/31/2013 | -12,441.78 |
| Bill Pmt -Check | 11/16/2012 | 10713 | Guardian | Group ID 00460692 | -2,119.62 |
| Paycheck | 11/19/2012 | 10696 | Amy S Kemon | Direct Deposit | 0.00 |
| Paycheck | 11/19/2012 | 10697 | Doug Armentrout | | -5,396.41 |
| Paycheck | 11/19/2012 | 10698 | Mark Lewyn | Direct Deposit | 0.00 |
| Paycheck | 11/19/2012 | 10699 | Meenakshi R Bangad | Direct Deposit | 0.00 |

10:49 AM
12/10/12
Accrual Basis

**Faxfire, Inc.**
**Transactions by Account**
**As of December 10, 2012**

| Type | Date | Num | Name | Memo | Amount |
|------|------|-----|------|------|--------|
| Payment | 11/19/2012 | 13504 | Jumptap | | 1,224.77 |
| Deposit | 11/19/2012 | | | Deposit | 20.00 |
| Payment | 11/20/2012 | 1878 | Xerocole | | 455,435.83 |
| Transfer | 11/20/2012 | | | Funds Transfer | -100,000.00 |
| Liability Check | 11/23/2012 | | Quickbooks Payroll | Created by Payroll Service on 11/20/2012 | -24,552.92 |
| Payment | 11/23/2012 | | Ebay | | 55.43 |
| Paycheck | 11/26/2012 | 10714 | Amy S Kemon | Direct Deposit | 0.00 |
| Paycheck | 11/26/2012 | 10715 | Doug Armentrout | Direct Deposit | 0.00 |
| Paycheck | 11/26/2012 | 10716 | Mark Lewyn | Direct Deposit | 0.00 |
| Paycheck | 11/26/2012 | 10717 | Meenakshi R Bangad | Direct Deposit | 0.00 |
| Bill Pmt -Check | 11/27/2012 | 10718 | Anthem | Account Number 76265-001 | -8,586.40 |
| Bill Pmt -Check | 11/27/2012 | 10719 | Dominion Virginia Power | Account No. 5168837366 | -838.75 |
| Bill Pmt -Check | 11/27/2012 | 10720 | RRP, LLC | VOID: December 2012 Rent | 0.00 |
| Bill Pmt -Check | 11/27/2012 | Wire | Optus | July12Xcact | -4,577.80 |
| Bill Pmt -Check | 11/27/2012 | Wire | Alpha Global Partners | August 2012 - Optus | -198.32 |
| Bill Pmt -Check | 11/28/2012 | Wire | Rogers | | -19,624.12 |
| Bill Pmt -Check | 11/28/2012 | Wire | Windstream | | -43,409.36 |
| Bill Pmt -Check | 11/28/2012 | 10729 | Cavalier Telephone | VOID: | 0.00 |
| Bill Pmt -Check | 11/28/2012 | 10730 | Cincinnati Bell Telephone, LLC | VOID: | 0.00 |
| Bill Pmt -Check | 11/28/2012 | 10731 | DynDNS | VOID: | 0.00 |
| Bill Pmt -Check | 11/28/2012 | 10732 | Sprint Mobile | | -1,695.41 |
| Bill Pmt -Check | 11/28/2012 | 10733 | TMobile | | -39,879.20 |
| Bill Pmt -Check | 11/28/2012 | 10734 | US Lec | VOID: | 0.00 |
| Check | 11/28/2012 | Wire | Mellon Bank | PR 11/16/12 | -1,085.00 |
| Check | 11/28/2012 | Wire | Mellon Bank | PR 11/30/12 | -60.00 |
| Liability Check | 11/29/2012 | | Quickbooks Payroll | Created by Payroll Service on 11/27/2012 | -20,202.75 |
| Payment | 11/29/2012 | | Amazon | | 757.76 |
| Paycheck | 11/30/2012 | 10721 | Amy S Kemon | Direct Deposit | 0.00 |
| Paycheck | 11/30/2012 | 10722 | Doug Armentrout | Direct Deposit | 0.00 |
| Paycheck | 11/30/2012 | 10723 | Mark Lewyn | Direct Deposit | 0.00 |
| Paycheck | 11/30/2012 | 10724 | Meenakshi R Bangad | Direct Deposit | 0.00 |
| Liability Check | 11/30/2012 | | Quickbooks Payroll | Created by Payroll Service on 11/27/2012 | -24,631.92 |
| Check | 11/30/2012 | DD | Employee Fiduciary | PR 11/30/12 | -4,325.77 |

10:49 AM
12/10/12
Accrual Basis

**Faxfire, Inc.**
**Transactions by Account**
As of December 10, 2012

| Type | Date | Num | Name | Memo | Amount |
|------|------|-----|------|------|--------|
| Paycheck | 12/03/2012 | 10725 | Amy S Kemon | Direct Deposit | 0.00 |
| Paycheck | 12/03/2012 | 10726 | Doug Armentrout | Direct Deposit | 0.00 |
| Paycheck | 12/03/2012 | 10727 | Mark Lewyn | Direct Deposit | 0.00 |
| Paycheck | 12/03/2012 | 10728 | Meenakshi R Bangad | Direct Deposit | 0.00 |
| Check | 12/03/2012 | Wire | Chesapeake Industrial Leasing | Payoff telephone lease | -6,544.15 |
| Bill Pmt -Check | 12/04/2012 | 10735 | American Express | Account Number 3787-509164-01007 | -2,187.57 |
| Bill Pmt -Check | 12/04/2012 | 10736 | Andrew Grosso & Associates | November 2012 - | -14,868.00 |
| Bill Pmt -Check | 12/04/2012 | 10737 | Deer Park | Account No# 0435042387 | -21.39 |
| Bill Pmt -Check | 12/04/2012 | 10738 | James A Moody | Feist case | -1,593.75 |
| Bill Pmt -Check | 12/04/2012 | 10739 | Sprint | 457442396 | -229.83 |
| Bill Pmt -Check | 12/04/2012 | 10740 | Verizon Wireless | Account No# 520115095-00001 | -901.11 |
| Payment | 12/06/2012 | 2960 | Admedia | | 1,228.21 |
| Liability Check | 12/07/2012 | | Quickbooks Payroll | Created by Payroll Service on 12/06/2012 | -28,651.17 |
| Bill Pmt -Check | 12/07/2012 | 10745 | Verizon | Account number 0007321123407 79Y | -324.68 |
| Bill Pmt -Check | 12/07/2012 | 10746 | Lawrence Guidry | Billable hours 11/20/12 | -225.00 |
| Bill Pmt -Check | 12/07/2012 | 10747 | Henry & O'Donnell PC | Retainer | -30,000.00 |
| Paycheck | 12/10/2012 | 10741 | Amy S Kemon | Direct Deposit | 0.00 |
| Paycheck | 12/10/2012 | 10742 | Doug Armentrout | Direct Deposit | 0.00 |
| Paycheck | 12/10/2012 | 10743 | Mark Lewyn | Direct Deposit | 0.00 |
| Paycheck | 12/10/2012 | 10744 | Meenakshi R Bangad | Direct Deposit | 0.00 |
| **Total Bank of America - Checking** | | | | | **186,936.76** |
| | | | | | |
| **Bank of America - MMA** | | | | | |
| Deposit | 09/28/2012 | | | Interest | 0.58 |
| Transfer | 10/23/2012 | | | Funds Transfer | 300,000.00 |
| Deposit | 10/31/2012 | | | Interest | 8.79 |
| Transfer | 11/20/2012 | | | Funds Transfer | 100,000.00 |
| Deposit | 11/30/2012 | | | Interest | 22.90 |
| **Total Bank of America - MMA** | | | | | **400,032.27** |

**TOTAL** **586,969.03**

Form B203                                                                    2005 USBC, Eastern District of Virginia

# United States Bankruptcy Court
## Eastern District of Virginia

In re  **Paxfire, Inc.**                                                     Case No.
_____                                 _____
                                        Debtor(s)                            Chapter     **11**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that
     compensation paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the
     bankruptcy case is as follows:

|  |  |  |
|---|---|---|
| For legal services, I have agreed to accept | $ | **40,000.00** |
| Prior to the filing of this statement I have received | $ | **40,000.00** |
| Balance Due | $ | **0.00** |

2.   The source of the compensation paid to me was:

     ■ Debtor        ☐ Other *(specify)*

3.   The source of compensation to be paid to me is:

     ■ Debtor        ☐ Other *(specify)*

4.   ■  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

     ☐  I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A
         copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:
     a.   Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
     b.   Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
     c.   Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
     d.   Other provisions as needed:

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following services:
         **Any representation in contested matters, adversary proceedings or other litigation.**

Form B203 - Continued                                                                                          2005 USBC, Eastern District of Virginia

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| **December 14, 2012** | **/s/ Kevin M. O'Donnell** |
| *Date* | **Kevin M. O'Donnell** |
| | *Signature of Attorney* |
| | |
| | **Henry & O'Donnell, PC** |
| | *Name of Law Firm* |
| | **300 N. Washington Street** |
| | **Suite 204** |
| | **Alexandria, VA 22314** |
| | **(703)548-2100   Fax: (703)548-2105** |

---

### *For use in Chapter 13 Cases where Fees Requested <u>Not in Excess of $3,000</u>*
### *(For all Cases Filed on or after 10/17/2005)*
## NOTICE TO DEBTOR(S) AND STANDING TRUSTEE
## PURSUANT TO INTERIM PROCEDURE 2016-1(C)(7)

Notice is hereby given that pursuant to Local Bankruptcy Rule 2016-1(C)(7)(a), you have ten (10) business days from the meeting of creditors in this case in which to file an objection with the court to the fees requested in this disclosure of compensation opposing said fees in their entirety, or in a specific amount.

### PROOF OF SERVICE
The undersigned hereby certifies that on this date the foregoing Notice was served upon the debtor(s), the standing Chapter 13 Trustee, and U. S. Trustee pursuant to Interim Procedure 2016-1(C)(7)(a) and Local Bankruptcy Rule 2002-1(D)(1)(f), by first-class mail or electronically.

| | |
|---|---|
| *Date* | *Signature of Attorney* |

---

.

# United States Bankruptcy Court

### Eastern District of Virginia

In re   **Paxfire, Inc.**

_____ ,

Debtor

Case No. _____

Chapter _____ **11** _____

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Alan Sullivan**<br>**17567 Tobermory Place**<br>**Leesburg, VA 20175** | **Common** | **12,750,000** | |
| **Andrew Pollner**<br>**4100 Cathedral Ave., NW**<br>**Suite 703**<br>**Washington, DC 20016** | **Preferred** | **308,500** | |
| **Bob Garfield**<br>**12024 Gatewater drive**<br>**Potomac, MD 20854** | **Preferred** | **308,500** | |
| **Mark Lewyn**<br>**6255 North Kensington Street**<br>**Mc Lean, VA 22101** | **Common** | **12,750,000** | |
| **On Demand Venture Fund, LLC**<br>**c/o Halsey Minor**<br>**3800 Washington Street**<br>**San Francisco, CA 94118** | **Preferred** | **14,084,500** | |
| **Sezen Uysal**<br>**45999 Center Oak Plaza**<br>**Suite 100**<br>**Sterling, VA 20166** | **Common** | **4,486,150** | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date___**December 14, 2012**_____     Signature **/s/ Mark Lewyn**_____

**Mark Lewyn**
**President**

_Penalty for making a false statement or concealing property_:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§ 152 and 3571.

**0**___ continuation sheets attached to List of Equity Security Holders

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                                    Best Case Bankruptcy

01 Communications
5190 Golden Foothills Parkway
El Dorado Hills, CA 95762


01 Communications
Attn: Brad Jenkins
1515 K Street, Suite 100
Sacramento, CA 95814


Alan Sullivan
17567 Tobermory Place
Leesburg, VA 20175


Alpha Global Partners Pty Ltd
1888 Kalakau Avenue
Honolulu, HI 96815


Amy S. Kemon
19367 Wrenbury Lane
Leesburg, VA 20175


Andrew Grosso & Associates
1101 30th Street, NW
Suite 300
Washington, DC 20007


Bergeson, LLP
303 Almaden Boulevard
Suite 500
San Jose, CA 95110


Betsy Feist c/o Kim Richman
875 Avenue of the Americas
18th Floor
New York, NY 10001


Big Air Group
59 Buckingham Street
Surry Hills, NSW 2000
Australia


Big Air, Attn: General Counsel
Level 1, 59 Buckingham Street
Surry Hill, NSW 2010
Australia

Blake, Cassels, & Graydon, LLP
45 O'Connor St., Ste 2000
World Exchange Plaza
Ottawa ON K1P 1A4 Canada


Cavalier Telephone, LLC
2134 West Laburnum Avenue
Richmond, VA 23227


Cavalier Telephone, LLC
Attn: V.P. Marketing
2134 West Laburnam Avenue
Richmond, VA 23227


Charter Communications
12405 Powerscourt Drive
Saint Louis, MO 63131


Chesapeake Industrial☐☐
P.O. BOX 128
Perry Hall, MD 21128-0128


Cincinatti Bell
221 East Fourth Street
RPC 103-1600
Cincinnati, OH 45201


CISP
3035 Moffat Road
Toledo, OH 43615


CISP
Attn: Legal Department
3035 Moffat Road
Toledo, OH 43615


Cogent
1015 31st Street, NW
Washington, DC 20007


Cogent Communications, Inc.
Attn: Legal Department
1015 31st Street, NW
Washington, DC 20007

Core Communications
209 West Street
Suite 302
Annapolis, MD 21401


Core Tel
209 West Street Suite 302
Annapolis, MD 21401


DN Lookup
c/o Michael Lee
8100 Augusta Drive. Suite 250
Houston, TX 77057


Doug Armentrout
16790 Michelson Drive
Purcellville, VA 20132


DynDNS
150 Tow Street Tower 2
Manchester, NH 03101


DynDNS
1230 Elm Street
5th Floor
Manchester, NH 03101


Earthlink
1375 Peachtree Street Level A
Atlanta, GA 30309


Electronic Frontier Foundation
454 Shotwell Street
San Francisco, CA 94110


ENAI
1101 McGavock Street
Nashville, TN 37203


ENAI
Attn: Contract Administration
1101 McGavock Street
Nashville, TN 37203

Equinix
4252 Solutions Center
Chicago, IL 60677


Equinix Australia Pty Ltd
Co Reg No 09208070264 Unit B
639 Gardners Road
Mascot NSW 2020, Australia


Excella Communications
Attn: Jason Koenders
1700 S. Main Street
Las Vegas, NV 89104


Excellacom
1700 S Main Street
Las Vegas, NV 89104


Expedient
Lockbox 9886
PO Box 8500
Philadelphia, PA 19178


Fibernet
1200 Greenbrier Street
Charleston, WV 25311


Foundation IP
Accounts Receivable Dept.
CH 16526
Palatine, IL 60055


Frontier
3 High Ridge Park
Stamford, CT 06905


Frontier
Attn: Assoc. Gen. Counsel
180 South Clinton Avenue
Rochester, NY 14646


Frontier Communications
Attn: Assoc. Gen. Counsel
180 South Clinton Avenue
Rochester, NY 14646

G.W. Wireless
2727 North Plaza Drive
Rapid City, SD 57702


Global Crossing
225 Kenneth Drive
Rochester, NY 14623


Global Crossing
200 Park Avenue
Suite 300
Florham Park, NJ 07932


GlobalPops
Eight Penn Center West
Suite 101
Pittsburgh, PA 15276


GlobalPops
625 Mount Lebanon Blvd.
Pittsburgh, PA 15234


GVT (Pop Internet)
Rua Lourenco
Pinto, 299
Curitiba Parana, Brazil


Hewlett-Packard Financial Svcs
P.O. Box 403265
Atlanta, GA 30384-3265


Hughes
11717 Exploration Lane
Gaithersburg, MD 20878


Hughes Network Systems, Inc.
Attn: General Counsel
11717 Exploration Lane
Gaithersburg, MD 20878


IBBS
P.O. BOX 935070
Atlanta, GA 31193-5070

```
ICOA, Inc.□□
Webcenter, Inc
111 Airport Road
Warwick, RI 02889


Ikano
124 N Charles Lindbergh Drive
Salt Lake City, UT 84116-2820


Ikano Communications
265 East 100 South
Suite 245
Salt Lake City, UT 84111


Insight
810 Seventh Avenue
New York, NY 10019


Insight Communications Co.
Attn: V.P. Administration
810 7th Avenue
New York, NY 10019


Integrated Broadband Services
200 Chastain Center Drive
Suite 200
Kennesaw, GA 30144


Internap Network Services
Dept 0526
PO Box 120526
Dallas, TX 75312


Iowa Telecom
403 West 4th Street North
Newton, IA 50208


Iowa Telecom
403 West 4th Street North
Legal Department
Newton, IA 50208


Localnet
325325 Hampton Hill Drive
Williamsville, NY 14221
```

```
Localnet Corporation
Attn: David Kaplan
325 Hampton Hill Drive
Williamsville, NY 14221


Mark Lewyn
6255 North Kensington Street
Mc Lean, VA 22101


Meenakshi R. Bangad
43845 Centergate Drive
Ashburn, VA 20148


Megapath
Dept 0324
P.O. BOX 120324
Dallas, TX 75312-0324


Megapath
Attn: Legal Department
555 Anton Blvd, Suite 200
Costa Mesa, CA 92626


Meyer & Heeder
Taunnusstr, 5A
D-65183 Wiesbadan
Germany


Miyagawa Int'l Patent Firm
6F Fuji Bldg 19
Aizumi-Cho Shinjuku-ku
Tokyo 160-0005 Japan


Muller,Fottner & Steinecke
PF/PO BOX 1140
52412 Julich


New York Connect
317 Madison Avenue, #907
New York, NY 10017


NY Connect
317 Madison Avenue
New York, NY 10017
```

One Communications
100 Chestnut Street
7th Floor
Rochester, NY 14604


One Communications Corp.
Attn: General Counsel
220 Bear Hill Road
Waltham, MA 02451


Optus
1 Lyonpark Road
Macquarie Park, NSW 2113
Australia


Oury Clark Solicitors
10 John Street
London WC1N 2EB DX 84
London, Chancery Lane


Pac-West Telecomm, Inc.
4210 Coronado Avenue
Stockton, CA 95204


Pepper Hamilton
Suite 100 4 Park Plaza
Irvine, CA 92614-5955


Potomac Patent Group
P.O. BOX 270
Fredericksburg, VA 22404


Primus
5343 Dundas St W #400
Toronto, ON M9B 6H8
Canada


Primus Telecom Canada
5343 Dundas St W #400
Etobicoke, Ontario, M9B 6K5
Canada


RCN
196 Van Buren Street
Herndon, VA 20170

Roger Communications
333 Bloor Street East, 10th Fl
Toronto, Ontario M4W 1G9
Canada


Rogers
333 Bloor Street East, 10th Fl
Toronto, Canada M4W 1G9
Canada


RRP, LLC
c/o The Lenkin Co Mgmt Inc.
4922 St Elmo Avenue
Bethesda, MD 20814


ServerPlus
P.O. BOX 970842
Orem, UT 84097


ServerPlus, LLC
Attn: Layne Sisk
766 South 400 East
Orem, UT 84097


Sing Tel Optus PTY, Ltd
1 Lyonpark Road
Macquarie Park, NSW 2113
Australia


Spacenet
1750 Old Meadow Road
Mc Lean, VA 22102


Spacenet
Attn: General Counsel
1750 Old Meadow Road
Mc Lean, VA 22102


Sprint
P.O. BOX 871885
Kansas City, MO 64187-1885


Sprint Legal Department
KSOPHT0101-z4100
6391 Sprint Parkway
Overland Park, KS 66251

Sprint Nextel
2001 Edmund Halley Drive
Reston, VA 20191

Sprint Wireless
P.O. BOX 871197
Kansas City, MO 64187-1197

Syed K. Rizvi
7007 Courtyard Way
Warrenton, VA 20186

T-Mobile
P.O. BOX 94142
Seattle, WA 98124-6442

T-Mobile
T-Mobile Bankruptcty Team
PO Box 53410
Bellevue, WA 98015-3410

Telepacific
515 South Flower Street
Suite 4700
Los Angeles, CA 90071

Telepacific
Attn: General Counsel
515 South Flower St., 47th Fl,
Los Angeles, CA 90071

Time Warner
10475 Park Meadows Drive
Lone Tree, CO 80124

Time Warner Telecom Holdings
Attn: Deputy Gen. Counsel
10475 Park Meadows Drive
Littleton, CO 80124

US Lec Corp.
600 Willowbrook Office Park
Silver Springs, NY 14550

```
US Lec Corp.
Attn: General Counsel
6801 Morrison Blvd.
Charlotte, NC 28210


Verizon
One Verizon Way
Basking Ridge, NJ 07920


Verizon Business
P.O. BOX 382123
Pittsburgh, PA 15250


Verizon, Legal Department
Attn: General Counsel
1880 Campus Commons Drive
Reston, VA 20191


Versatel
Niederkasseleer Lohweg 181-183
40547 Dussekdorf


Versatel Service GmbH
Niederkasseleer Lohweg 181-183
40547 Lusseldorf


Vivian F. Ramsey-Boswell
7312 Iron Bit Drive
Warrenton, VA 20186


Webcenter
111 Airport Road
Warwick, RI 02889


Wide Open West
7887 East Belleview Avenue
Suite 1000
Englewood, CO 80111


Wide Open West Finance
7887 East Belleview Avenue
Suite 1000
Englewood, CO 80111
```

Wilson Sonsini Goodrich
650 Page Mill Road
Palo Alto, CA 94304-1050

Windstream Communications
4001 Rodney Oarham Road
MS: B3F01-87C
Little Rock, AR 72212

Windstream, Corp Procurement
4001 Rodney Oarham Road
MS: B3F01-87C
Little Rock, AR 72212

WispNet
75 Remittance Drive Suite 6613
Chicago, IL 60675

WispNet
Presidenr, Data Services
250 West Main St., Suite 1920
Lexington, KY 40507

Xerocole
1942 Broadway Suite 319
Boulder, CO 80302

XO
13865 Sunrise Valley Drive
Herndon, VA 20171-4661

XO Communications
8851 Sandy Parkway
Sandy, UT 84070

XO Holdings, Inc.
11111 Sunset Hills Road
Reston, VA 20190

Zayo
P.O. BOX 952136
Dallas, TX 75395-2136

```
Zayo Managed Services, LLC
Attn: General Counsel
901 Front Street, Suite 200
Louisville, CO 80027
```

# United States Bankruptcy Court
## Eastern District of Virginia

In re    **Paxfire, Inc.** _____    Case No. _____

Debtor(s)    Chapter    **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for    **Paxfire, Inc.**    in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**December 14, 2012** _____    **/s/ Kevin M. O'Donnell** _____

Date                                    **Kevin M. O'Donnell**
Signature of Attorney or Litigant
Counsel for    **Paxfire, Inc.** _____
**Henry & O'Donnell, PC**
**300 N. Washington Street**
**Suite 204**
**Alexandria, VA 22314**
**(703)548-2100 Fax:(703)548-2105**