# HENRY & O'DONNELL, P.C.

300 N. Washington Street
Suite 204
Alexandria, VA  22314
Employer ID No. 54-1591941

703-548-2100

November 26, 2013

Paxfire, Inc.
43490 Yukon Drive, Suite 102
Ashburn, VA 20147
Mark Lewyn

*In Reference To:* Paxfire, Inc.
                    Chapter 11 Bankruptcy

*Invoice #* 19234

**PAYMENT DUE UPON RECEIPT OF INVOICE**

Professional Services

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 13 |  |  |  |  |
| 10/3/2013 | KMO | Review and summarize ballots.  Draft memo to client to review.  Draft memo to counsel for Charter Communications regarding plan veto. | 0.40 | 170.00 |
| 10/8/2013 | KMO | Telephone call with D. Clark regarding Verizon ballots and issue of witnesses. | 0.30 | 127.50 |
|  | KMO | Telephone call with M. Lewyn regarding votes and confirmation issues. | 0.20 | 85.00 |
| 10/9/2013 | KMO | Conference call with M. Lewyn regarding shareholder interests under plan.  Send ballots regarding shareholders.  Draft memo to A. Sullivan and send regarding ballots.  Phone call with A. Sullivan to discuss. | 1.40 | 595.00 |
| 10/16/2013 | KMO | Receive Verizon ballots.  Send to client for review. | 0.10 | 42.50 |
| 10/18/2013 | KMO | Review ballots received to date.  Phone call to J. Root regarding Charter claim and ballot.  Run calculations assuming rejecting ballot from Charter.   Review non-voting claims for solicitation.  Draft memo to client regarding ballots and confirmation.  Review secure documents for claim amounts including Charter arbitration award and lease of offices. | 2.50 | 1,062.50 |
|  | KMO | Telephone call with M. Lewyn adn D. Armentrout.  Draft e-mail and send with ballot to A. Grosso.  Review disclosures statement for language on Grosso retention.  Memos to and from client.  Work on solicitation of ballots. | 2.30 | 977.50 |

BWH - Bruce W. Henry   KMO - Kevin M. O'Donnell   DHH - Donna H. Henry    JTM - Jeffery T. Martin, Jr.

Paxfire, Inc.  Page 2

| | | Hours | Amount |
|---|---|---:|---:|
| 10/21/2013 KMO | Work on draft of Summary of Ballots. Draft Excel spreadsheet for Class 1 detail. File at United States Bankruptcy Court. | 1.10 | 467.50 |
| 10/22/2013 KMO | Prepare for confirmation hearing. Meet with M. Lewyn and A. Grosso to prepare for possible witness examination. Attend and conduct confirmation hearing at US Bankruptcy Court. Obtain award of Fee Application. Meet with client at lunch after hearing. | 3.50 | 1,487.50 |
| KMO | Draft order for Henry & O'Donnell fee application, Boyle fee application and confirmation of Chapter 11 plan. Submit to court on BOPS for entry. | 1.00 | 425.00 |
| | SUBTOTAL: | [ 12.80 | 5,440.00] |

3

| | | Hours | Amount |
|---|---|---:|---:|
| 9/30/2013 KMO | Telephone call with A. Sullivan regarding purchase of patents. | 0.20 | 85.00 |
| 10/3/2013 KMO | Review offer regarding patent portfolio. Send with memo to client for consideration. Forward email and respond to A. Sullivan. | 0.30 | 127.50 |
| | SUBTOTAL: | [ 0.50 | 212.50] |

4

| | | Hours | Amount |
|---|---|---:|---:|
| 9/23/2013 KMO | Draft H&O Fee Application, Certification, and Notice. File at US Bankruptcy Court and serve on parties. File CPA for Application and serve on parties. | 1.60 | 680.00 |
| | SUBTOTAL: | [ 1.60 | 680.00] |

9

| | | Hours | Amount |
|---|---|---:|---:|
| 9/20/2013 KMO | Review Verizon breakdown from client. Request further support. Send available information to D. Clarke. | 0.20 | 85.00 |
| 9/23/2013 KMO | Review Verizon claim analysis. Draft memo to A. Kemon to request changes. Review and respond to email from Verizon counsel. | 0.40 | 170.00 |
| 9/24/2013 KMO | Review revised Verizon spreadsheet and compare to claim listing. Draft memo and send with spreadsheet to Verizon counsel. | 0.40 | 170.00 |
| 9/30/2013 KMO | Receive and review Verizon residential contract and amendments. Send to D. Clark for review. | 0.50 | 212.50 |
| 10/3/2013 KMO | Review email from Verizon counsel regarding split of claims. Obtain information from client. | 0.30 | 127.50 |

Paxfire, Inc.                          Page 3

|  |  | Hours | Amount |
|---|---|---|---|
| 10/7/2013 KMO | Review revised Verizon accounts detail. Forward to D. Clark with memo regarding ballots. | 0.20 | 85.00 |
| | SUBTOTAL: | [ 2.00 | 850.00] |
| | **For professional services rendered** | **16.90** | **$7,182.50** |
| | Additional Charges : | | |
| 9/23/2013 | Charge for mailing. | | 48.96 |
| | Duplication charge. | | 66.00 |
| | **Total costs** | | **$114.96** |
| | **Total amount of this bill** | | **$7,297.46** |
| | **Previous balance** | | **$35,658.79** |
| 10/24/2013 | Payment - thank you. Check No. 1200053377 | | ($35,658.79) |
| | **Total payments and adjustments** | | **($35,658.79)** |
| | **Balance due** | | **$7,297.46** |

Paxfire, Inc.                                                                                                  Page    4

> **PLEASE REMOVE THIS PAGE AND
> ENCLOSE IT WITH YOUR PAYMENT**

Paxfire, Inc.
Chapter 11 Bankruptcy

PAXFIRE, INC.

11/26/2013

19234

**Balance due: $**           **$7,297.46**

**Amount enclosed: $**      _____

**MAILING ADDRESS:**

HENRY& O'DONNELL, PC
300 N. Washington Street
Suite 204
Alexandria, Virginia 22314

**THANK YOU.**